UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL GRECCO; MICHAEL GRECCO PRODUCTIONS, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> AGE FOTOSTOCK AMERICA, INC., <br><br> *Defendant*. | Case No.: 1:21-cv-00423-JSR |

## **DEFENDANT AGE FOTOSTOCK AMERICA, INC.'S NOTICE OF MOTION**

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law and the Declaration of Nancy E. Wolff, dated March 4, 2021, and the exhibits thereto, defendant Age Fotostock America, Inc., by its attorneys, Cowan, DeBaets, Abrahams & Sheppard LLP, will move this Court at the United States District Court, 500 Pearl Street, New York, New York 10007, before the Honorable Jed S. Rakoff, on April 2, 2021 at 4:00 p.m. ET, or on another date and time to be designated by the Court, for an order dismissing plaintiffs Michael Grecco and Michael Grecco Productions, Inc.'s Complaint dated January 18, 2021 (Dkt. 1), pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim on which relief can be granted and for such other and further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Rule 6.1(b) and this Court's February 18, 2021 Order (Dkt. 13), answering papers, if any, must be served by March 18, 2021, and reply papers, if any, must be served by March 25, 2021.

Respectfully Submitted,

Dated: March 4, 2021                COWAN, DeBAETS, ABRAHAMS
      New York, New York                & SHEPPARD LLP


By:  /s/ Nancy E. Wolff
     Nancy E. Wolff
     Sara Gates
     41 Madison Avenue, 38th Floor
     New York, New York 10010
     Tel.: (212) 974-7474
     Fax: (212) 974-8474
     nwolff@cdas.com
     sgates@cdas.com

     *Attorneys for Defendant Age Fotostock America, Inc.*