```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| MICHAEL GRECCO and MICHAEL GRECCO PRODUCTIONS, INC.,<br><br>    Plaintiffs,<br><br>  -against-<br><br>AGE FOTOSTOCK AMERICA, INC.,<br><br>    Defendant. | 21-cv-423 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

    Photographer Michael Grecco, through his licensing company Michael Grecco Productions, Inc., is the registered copyright owner of several photographs from the television shows *Xena, Warrior Princess* and *The X-Files* (the "Photographs"). Grecco and Michael Grecco Productions, Inc. bring copyright infringement claims against Age Fotostock America, Inc., alleging that defendant offered the Photographs for sale on www.agefotostock.com without authorization in violation of 17 U.S.C. § 106 and removed copyright management information from the Photographs in violation of 17 U.S.C. § 1202(b). Before the Court is defendant's motion to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted.

1

Upon consideration, the Court denies defendant's motion to dismiss. An opinion explaining the reasons for this ruling will follow in due course.

SO ORDERED.

Dated:  New York, NY

       April 9, 2021              JED S. RAKOFF, U.S.D.J.