UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL GRECCO; MICHAEL GRECCO PRODUCTIONS, INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>AGE FOTOSTOCK AMERICA, INC.,<br><br>*Defendant*. | Case No.: 21-cv-00423 (JSR) |

## DECLARATION OF NANCY E. WOLFF

NANCY E. WOLFF, being duly sworn, deposes and says:

1. I am a member of the Bar of this Court and a partner in the law firm of Cowan, DeBaets, Abrahams & Sheppard LLP, attorneys for defendant Age Fotostock America, Inc. ("Defendant").

2. I submit this declaration in support of Defendant's cross-motion for summary judgment against plaintiffs Michael Grecco and Michael Grecco Productions, Inc. (collectively, "Plaintiffs") and in opposition to Plaintiffs' motion for partial summary judgment.

3. A true and correct copy of excerpts of the transcript from the deposition of Defendant's Fed. R. Civ. P. 30(b)(6) witness, Marisol Muniz Merino, taken on July 13, 2021, is attached hereto as **Exhibit A**.

4. A true and correct copy of excerpts of the transcript from the deposition of Plaintiff Michael Grecco, taken on July 1, 2021, is attached hereto as **Exhibit B**.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, belief, and recollection.

Dated: August 5, 2021
New York, New York

                                                       /s/ Nancy E. Wolff
                                                       NANCY E. WOLFF