# EXHIBIT A

1   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
2   Case No:  21-cv-00423-JSR
    -----------------------------------------X
3   MICHAEL GRECCO; MICHAEL GRECCO
    PRODUCTIONS, INC.,
4
                              PLAINTIFFS,
5
            -against-
6
    AGE FOTOSTOCK AMERICA, INC.,
7
                              DEFENDANT.
8   -----------------------------------------X
                      DATE: July 13, 2021
9                     TIME: 8:00 A.M.

10

11          DEPOSITION of MARISOL MUNIZ

12   MERINO, taken by the Plaintiffs, pursuant

13   to a notice and to the Federal Rules of

14   Civil Procedure, held remotely via Zoom

15   Videoconference, before Suzanne Pastor, a

16   Notary Public of the State of New York.

17

18

19

20

21

22

23

24

25

Marisol Muniz Merino
July 13, 2021                                          2

```
 1    A P P E A R A N C E S:

 2

 3    MCCULLOCH KLEINMAN LAW
         Attorneys for the Plaintiffs
 4       1900 West Nickerson Street
         Suite 116-136
 5       Seattle, Washington 98119
         BY: KEVIN McCULLOCH, ESQ.
 6       212.355.6050
         kevin@mkiplaw.com
 7       AND: NATE KLEINMAN, ESQ.
         nate@mkiplaw.com
 8

 9
      COWAN DEBAETS ABRAHAMS & SHEPPARD, LLP
10       Attorneys for the Defendant
         Madison Square Park
11       41 Madison Avenue, 38th Floor
         New York, New York 10010
12       BY: NANCY E. WOLFF, ESQ.
         212.974.7474
13       nwolff@cdas.com
         AND: SARA GATES, ESQ.
14       sgates@cdas.com

15

16

17

18            *         *         *

19

20

21

22

23

24

25
```

1          A.    The records of the database --

2    not database.  The records of licensing.

3    When someone licenses something online,

4    there's always a record of who licensed and

5    who was authorized from Age Fotostock

6    America, Inc. to provide images to end

7    users on the back-end of the system.  And

8    the images were never downloaded, never

9    licensed to any end users.

10         Q.    Those records you referred to

11   as in the back end system.

12         A.    Mm-hmm.

13         Q.    Are those the THP records?

14         A.    Yes.

15         Q.    What does THP stand for?

16         A.    The hosting platform.

17         Q.    The hosting platform.  Can you

18   explain that further?

19         A.    It's where the images of the

20   database are -- from Age Fotostock Spain

21   are hosted.

22         Q.    Is this --

23         A.    It's from Spain.  Everything is

24   located in Spain, in Barcelona.  And it's

25   housed in British Telecom servers, but it's

Marisol Muniz Merino
July 13, 2021                                    15

1    all based in Spain.

2         Q.    Are you referring to the Age

3    Fotostock server?

4         A.    The THP, it's a way to -- it's

5    hard to describe the back-end.  But

6    basically it's the database of images that

7    the high res files are in the database and

8    that database is accessed through back-end.

9              MS. WOLFF:  May I ask that so

10             that we have a clean record, that

11             when you're talking about Age

12             Fotostock Spain you say "Spain" and

13             when you're talking about Age

14             Fotostock America you say "America."

15             THE WITNESS:  Okay.

16             MS. WOLFF:  Your question just

17             said Age Fotostock.  So that was not

18             clear.

19             THE WITNESS:  Okay.

20             MS. WOLFF:  No, your answer

21             was.  The question from

22             Mr. McCulloch, he was not clear.  I

23             just would ask him --

24             THE WITNESS:  I specified in my

25             answer that the servers were in Spain

```
 1          and it's Age Fotostock Spain that
 2          controls that database.
 3              MR. MC CULLOCH:  Thanks for the
 4          request, Nancy.  If you have an
 5          objection, let me know.  And if your
 6          witness doesn't understand the
 7          question, she can let me know.
 8              MS. WOLFF:  Yes, but I'm just
 9          asking going forward that you do not
10          use the brand Age Fotostock name;
11          when you're talking about an entity,
12          if you would be clear.  That would
13          make the record -- I would have to
14          object less and it will make the
15          record clearer.  So thank you.
16              MR. MC CULLOCH:  Thank you for
17          that.
18       Q.    Let's return to the line of
19   questioning about how you prepared for the
20   deposition today.  Did you receive a notice
21   of deposition from anybody?
22       A.    From my -- my lawyer sent it to
23   me.
24       Q.    Who was that?
25       A.    Nancy Wolff.
```

Marisol Muniz Merino
July 13, 2021                                   20

1    two separate entities, and the role of each

2    one of them.  Public information also about

3    the IP address of Age Fotostock, the domain

4    name, the owner of the domain name of Age

5    Fotostock.  All that information is

6    publicly accessible, so it's nothing

7    complicated.  It's only to review all the

8    information and make sure that we have all

9    the information to demonstrate that Age

10   Fotostock, the website Age Fotostock is

11   based in Spain, is owned by a Spanish

12   company, and Age America, Inc. has nothing

13   to do -- has no control, no control and has

14   no access to the database of images and

15   cannot make any changes to that set.  So

16   the only entity that controls the website

17   is Age Fotostock Spain.  Basically, it's

18   very simple.  It's not so complicated at

19   the end of the day.

20        Q.    Is Age Fotostock America an

21   authorized user on the back end to the THP

22   system?

23        A.    The employees of Age Fotostock

24   America are authorized users to access

25   images to send to clients when the license

Marisol Muniz Merino
July 13, 2021                                        21

1    is requested.  The same way that other

2    third party entities, distributors around

3    the world that we have, we have over 57,

4    which are not subsidiaries of Age

5    Fotostock, can access too to get the

6    address and send to clients who want to

7    license the images.  So they only get

8    access to the high res when the client

9    requests a license.

10        Q.    An authorized user could access

11   the back-end system --

12             MS. WOLFF:  Objection.

13        A.    Can you allow me to complement

14   the information that I provided earlier?

15   When you said the back end, the back end

16   keeps track -- that THP back end keeps

17   track of all the downloads and all the

18   authorized users that send images to end

19   users to make sure that there is no misuse

20   of images and to know exactly who is being

21   licensed images.

22             So that's why we can assess

23   that there was no -- those images were

24   never downloaded nor licensed to end users

25   because we keep track of that information.

Marisol Muniz Merino
July 13, 2021                                              22

```
 1          Q.     How many employees of Age
 2   Fotostock America are there?
 3          A.     Two salespeople.
 4          Q.     Two salespeople.   Are there any
 5   other corporate officers?
 6          A.     The corporate officers are
 7   Alfonso Gutierrez, the president, Maria
 8   Jesus Baranda, she is the treasurer, and
 9   Maite Belles, who is the secretary.
10          Q.     For the court reporter, we may
11   need you to spell those names at the end.
12          A.     Okay.
13          Q.     I suspect that we'll have a
14   time for that at the very end instead of
15   having you do it throughout.
16                 Let's look at topic number 2,
17   Age Fotostock America's corporate
18   relationship with Age Fotostock Spain.  Can
19   you describe the nature of that corporate
20   relationship?
21          A.     Yes.  Basically, Age America,
22   Inc. is there to promote, to market and to
23   license to end users the content and to
24   have our brand known in the U.S.  This is
25   something that we consider important in the
```

Marisol Muniz Merino
July 13, 2021                                    26

```
 1    Fotostock America is identified and

 2    referred to as "the distributor."  Do you

 3    see that?

 4         A.    Mm-hmm.  Yes.

 5         Q.    Can you explain what that

 6    refers to, what it means to be a

 7    distributor of images?

 8         A.    Well, it's a term that is used,

 9    it's a term of art in the industry that the

10    contracts between stock agencies -- I don't

11    know if you know what a stock agency is.  I

12    can explain.  Basically it's a company that

13    licenses images or visual content, video

14    clips to end users for them to use in a

15    variety of end uses.  It can be magazines

16    and books, in publicity.  So basically it's

17    that.

18               The fact is that in the

19    industry, most contracts between a supplier

20    of content and an entity that will promote

21    the content on a specific territory is

22    called Distribution Agreement.  It doesn't

23    really -- you cannot use the term

24    "distribution" as a legal term as you would

25    understand that, supplying a copy of.
```

Marisol Muniz Merino
July 13, 2021                                      27

```
1    There's no supply of copies here, of

2    physical copies of content.  But it's the

3    way it's been used in the industry and

4    that's why I use it in this context.

5         Q.    What do you mean there's no

6    supply of physical copy of an image?  If an

7    end user licenses a photo --

8         A.    Yes, but it goes directly to

9    the end user.  You don't supply the

10   database.  The subsidiary or the other

11   distributor in other territories do not get

12   the database.  They only get the right to

13   license to end user and to send that high

14   res file to the end user.

15        Q.    So if an end user licenses an

16   image from the website, the Age Fotostock

17   website, Age America is responsible for

18   sending the image to the licensee?

19             MS. WOLFF:  Objection.

20        Q.    You can answer.

21        A.    Age America is not the one

22   supplying the image.  It comes from -- it

23   comes from the database, which is located

24   in Spain.  So if there's a request, an

25   authorized user requesting to get a license
```

Marisol Muniz Merino
July 13, 2021                                    28

1    from an end user, the image will go

2    directly to the end user.  It will never

3    come to any server in the U.S.  It will go

4    directly to the client.

5         Q.    So if a client licenses a photo

6    from Age Fotostock's website --

7         A.    Mm-hmm.

8         Q.    -- what role does Age America

9    play in that process?

10        A.    Only granting the license and

11   invoicing.

12        Q.    Why does Age America have

13   authorized users who can access image files

14   from the back-end THP system then?

15             MS. WOLFF:  Objection.

16        A.    To send to the clients.

17        Q.    So Age America is responsible

18   for accessing the high res file and sending

19   it to the clients?

20        A.    The only purpose is to send it

21   to the clients, yes.

22        Q.    Let's go to in this section, do

23   you see Section 1.1.12?

24        A.    Mm-hmm.

25        Q.    Visual content.

Marisol Muniz Merino
July 13, 2021                                      31

```
1    available for the U.S., others for Spain,

2    and others worldwide.  So therefore, it

3    cannot be that I can grant the rights to

4    license all the content on the website

5    because it's not the case.

6         Q.    But the License Agreement

7    between Age Spain and Age America refers

8    only to visual content.

9              MS. WOLFF:  Objection.

10        A.    Can I specify?  Licensed under

11   the terms of this agreement, that's visual

12   content.  Then you go down and you say

13   okay, the content that you can license to

14   customers.  So therefore, the license

15   enters into effect, I hope I can clarify

16   this, only when a client selects an image

17   to be licensed and is located in the U.S.

18   and requests that license.

19              At this point this image is

20   available for the U.S., the client is

21   American, and then I can grant the license.

22   That's when Age Fotostock America can

23   license.  Before that, it doesn't enter

24   into play before that specific moment.

25        Q.    The "specific moment" you're
```

1    referring to is when an end user --

2         A.    Exactly, when an end user

3    selects an image that is available to be

4    licensed from the Age Fotostock Spain

5    platform for that territory and the client

6    wants to license it and downloads it and

7    accepts the terms of the License Agreement.

8    Before that Age Fotostock America, Inc.

9    does not enter into play because everything

10   is under Age Fotostock Spain website terms

11   and conditions and licensing.

12             Is it clear or is it confusing?

13        Q.    I am just going to ask some

14   questions that perhaps clarifies some of

15   that.  This agreement is a license between

16   Age Spain and Age America, correct?

17             MS. WOLFF:  Objection.

18        A.    Mm-hmm.

19             MS. WOLFF:  Objection to the

20        form.

21        A.    It's a Distribution Agreement.

22        Q.    It includes a license, correct?

23             MS. WOLFF:  Objection.

24        Q.    You can answer.

25        A.    It's a license -- you're asking

Marisol Muniz Merino
July 13, 2021                                    33

1    me for a legal conclusion.  That's what I

2    think.  It's a right, I give the right for

3    Age Fotostock America, Inc. to license

4    content, to grant the right to license to

5    end users.

6         Q.    And the right to license to end

7    users is to the visual content that's

8    available in the territory.

9              MS. WOLFF:  Objection.  You can

10        answer.

11        A.    That is available, yes, to be

12   licensed in the territory.

13        Q.    And that license from Age Spain

14   was effective as of the date that this

15   agreement was effective, correct?

16             MS. WOLFF:  Objection to form.

17        You can answer.

18        A.    What I don't understand -- yes,

19   it was effective at that time.  But I have

20   to clarify, this is not the agreement that

21   was in force when this case came because

22   there's another agreement in 2019.  So this

23   one is not applicable anymore.

24        Q.    We'll go through that one as

25   well.

Marisol Muniz Merino
July 13, 2021                                          34

```
 1                  Are you aware of any -- since

 2       you mentioned it here, to keep it together

 3       in the record, is there any difference in

 4       the license provision term between the two

 5       agreements?

 6            A.    Basically, if I remember

 7       correctly, it was the commission because at

 8       the beginning the salespeople -- the sales

 9       force over there were doing a lot more

10       business development, contacting big

11       editorials, so they were getting a bit more

12       commission.  But basically the terms are

13       the same.

14            Q.    Under the agreement that we're

15       looking at, the right and license that's

16       given to Age America includes the right to

17       advertise, promote, market and license the

18       visual content.  Do you see that?

19            A.    Mm-hmm.

20            Q.    Can you explain to me what

21       steps Age America took to advertise,

22       promote and market visual content in

23       America?

24            A.    Our salespeople are trying

25       desperately, because the times are
```

1    difficult, to get agreements with big

2    editorials, big companies to use the

3    content, to get -- so this is the

4    promotion, they're sending e-mailers,

5    they're contacting them, they're meeting

6    with them to try to get agreements for them

7    to license content.

8              So this is basically what we

9    understand by advertising, promoting, and

10   trying to get licenses for the content in

11   the U.S.

12        Q.    I'm going to refer you to

13   Section 5 of this agreement.  Section 5.1,

14   (ii), do you see that?

15        A.    Yes.

16        Q.    And I apologize, in a normal

17   deposition, when I say I'll refer you to a

18   portion of the agreement or a document, I

19   would have you just go there and have

20   control of the materials.  So let me know

21   if you'd like me to scroll up or scroll

22   down and I can zoom in if it's not --

23        A.    Okay.

24        Q.    Just let me know going forward.

25        A.    Okay.

1    They follow up on clients' needs, make sure

2    that they -- if they can participate in any

3    type of new project, that they can be there

4    and be part of the supplier of images.

5    It's basically what they do.

6         Q.    The next provision, again,

7    says -- provision 3, (iii), says, "Use its

8    best commercially reasonable efforts to

9    actively promote and market during the term

10   of this agreement" --

11        A.    It's redundant.

12        Q.    Let me finish.

13              -- "during the term of this

14   agreement the visual content."  Do you see

15   that?

16        A.    Mm-hmm.

17        Q.    So would you agree that it's an

18   obligation of Age America to promote and

19   market the visual content that's available

20   for licensing in the territory?

21              MS. WOLFF:  Object to form.

22        A.    What they're obliged to do is

23   to try to get licenses, not to market

24   because they don't have access to the

25   visual content.  It's a way of saying it,

Marisol Muniz Merino
July 13, 2021                                    39

```
 1    but basically what they have to promote,

 2    it's the licensing of the visual content.

 3         Q.    So Age America is trying to

 4    drive customers to the website to license

 5    visual content?

 6         A.    Yes.

 7              MS. WOLFF:  Object to form.

 8         You can answer.

 9         Q.    You can answer.

10         A.    Yes.

11         Q.    Under sub provision (vii) it

12    says that "Age America will not make use of

13    the visual content for or in association

14    with any pornographic purposes."  Do you

15    see that provision?

16         A.    It means that they cannot allow

17    the licensing of the content for any such

18    uses.  So they have to agree to not use

19    it -- to not allow that.

20         Q.    The agreement makes -- the

21    agreement uses the phrase "make use."  Do

22    you see that?

23         A.    You make use when you allow

24    other people to use it in that way.

25         Q.    Thank you.
```

Marisol Muniz Merino
July 13, 2021                                    44

1    site.

2              In the case of Age America,

3    they do not have high res on servers.  They

4    might have comps, like small thumbnails.

5         Q.    The reference to "comps," is

6    that a term of art?

7         A.    Yes.

8         Q.    Can you expound upon what a

9    comp is?

10        A.    A comp is a small file, a small

11   file, it's about less than 2 megabytes.

12   When you license high res, it's from 26

13   megabytes to 50 megabytes, so it's a much

14   larger file that allows to use it and make

15   a -- for big spaces.

16             In a comp, it's only a very

17   small file, like the ones you see when you

18   Google on Google Images.  And it allows the

19   client to see -- to view images and see

20   which ones would fit the purpose they want

21   to use it for.  So it's a way to review the

22   selection and see, okay, this one is fine

23   for what I want to do so I can select it

24   and I can license it.  The other ones I

25   don't want, for example.

```
1    Age America's efforts to promote and

2    solicit licenses.

3         A.    Mm-hmm.

4         Q.    Do you recall that testimony?

5         A.    Yes.

6         Q.    And you said that Age America

7    would send e-mailers to potential clients.

8    Do you recall?

9         A.    Yes.

10        Q.    Would that include sending

11   galleries of images or comps to clients?

12        A.    What it says is galleries, but

13   galleries that refer to the website.  They

14   don't send directly the information, the

15   images to clients.  They only send

16   information like a promo, whatever, that

17   refers to the website.

18        Q.    So sales agents from Age

19   America are you saying never send image

20   files to potential customers?

21        A.    Well, directly?  Unless a

22   client requests a very specific, and it's

23   always through Spain.  They don't really

24   deal with images themselves.

25        Q.    In marketing and promoting
```

Marisol Muniz Merino
July 13, 2021                                            51

```
 1    visual content, you're saying Age America
 2    sales agents don't deal with images?
 3         A.    No.  What you need to
 4    understand, it's maybe the wording is not
 5    appropriate for this specific case, but
 6    what we want our office to do is to get
 7    agreements with big entities and get
 8    licensing -- big licensing agreements for
 9    projects.  So that's what we understand by
10    promoting.  Promoting the licensing of
11    content.  Not sending content to --
12    directly sending content to the clients,
13    you know?  It's to go talk to them, try to
14    get an agreement to say okay, we agree that
15    this year you're going to license 2,000
16    images and the price will be price
17    agreement quotes.
18              That's what we understand by
19    "promoting."  And that's needed, and that's
20    why local entities are very important
21    because the personal contact is very
22    important.  So this is why we consider it
23    was important to have a different entity in
24    the U.S. to do that job.
25         Q.    For companies that you referred
```

Marisol Muniz Merino
July 13, 2021                                    52

1    to earlier such as Random House, Penguin,

2    large publishers, they often have projects

3    that include hundreds of thousands of

4    images, correct?

5          A.    Yes.

6          Q.    And in trying to secure

7    licenses to be the provider of content for

8    those large projects, don't sales agents

9    often in the industry put together

10   galleries of images in order to show the

11   customer these are the types of images we

12   have, give us your business?

13         A.    Not necessarily because they're

14   already known.  You have to get the

15   website.  They know clients already, know

16   the content.  The people who are in the

17   industry, they already know who are the

18   players in the market.  You only have to be

19   able to convince them that you can provide

20   them a good price for the content you have

21   and that would suit them.

22               But they're the ones going and

23   searching on the website and looking for

24   the images by typing the key words and

25   seeing if the results are appropriate.

```
 1        Q.    In the industry, isn't it often

 2   the case that sales agents know that they

 3   can shortcut some of that, do some of that

 4   work for their clients and show their

 5   clients that we have the content you need

 6   for this project?

 7              MS. WOLFF:  Objection.

 8        A.    As I said in the answer before

 9   saying that most of those searches are done

10   in Spain, you know?  And then sent to the

11   client.  So because we have people here

12   specializing in doing those researches.  We

13   have researchers; in the U.S. you don't

14   have.  So this is not done by the U.S.

15        Q.    In sending out the mailers,

16   e-mail or whatever, Age America is

17   permitted to include content in those

18   promotional efforts, correct?

19              MS. WOLFF:  Objection.

20        A.    As I said, we refer to the

21   website.  Actually, we're promoting

22   licensing for the website.  Basically

23   that's it.  So when they send e-mailers,

24   it's basically to promote for clients to go

25   see the website, and if they are
```

Marisol Muniz Merino
July 13, 2021                                        54

1    interested, to license content.  And if

2    they're interested in the content from the

3    U.S., that's when and only when Age America

4    enters into play.

5              Before that it's the website of

6    Age Spain that does everything, that has

7    the content, that has the database, that

8    has the contracts with suppliers.  You

9    know?  Everything is handled by Age Spain.

10             So America is merely a contact,

11   you know, with important clients over there

12   to try to drive sales.

13        Q.    And if there is a sale, Age

14   America's responsibility also is to deliver

15   the content, correct?

16        A.    The content is delivered from

17   Spain.

18        Q.    I'm not asking where it's

19   delivered from.  I'm asking who delivers

20   it.

21        A.    Yes.

22        Q.    "Yes" meaning Age America is

23   the deliverer -- the supplier of the

24   content?

25             MS. WOLFF:  Objection.  You can

1        answer.

2        A.    The license is granted -- as I

3    said, the license is granted and invoiced

4    by them.  The content goes directly from

5    the database to the client.  Therefore,

6    basically it's not the one supplying the

7    content, it's the one licensing and making

8    sure that the content gets to the client

9    and the client gets invoiced and he gets a

10   commission.  That's basically what happens.

11       Q.    If Age America doesn't send out

12   images as comps to customers and Age

13   America doesn't deliver content, as you

14   say, to customers, why do they have -- why

15   does Age America have back-end authorized

16   user access to the THP members area?

17            MS. WOLFF:  Objection.  You can

18       answer.

19       A.    When they are authorized, it's

20   to send directly -- they have to put the

21   address of the client to send the content

22   directly to the client.  Do you understand

23   the way it works?  You enter -- you say

24   this image needs to go to this client and

25   you put the e-mail of the client.  So it

Marisol Muniz Merino
July 13, 2021                                                60

```
 1      Agreement for Visual Content."  Do you see

 2      that?

 3              A.    Yes.

 4              Q.    Is this a reference to the End

 5      User License Agreement that's available on

 6      agefotostock.com?

 7              A.    Yes.

 8              Q.    And that is the -- I'm sorry,

 9      go ahead.

10              A.    It refers to the one from

11      Spain.

12              Q.    But it's the End User License

13      Agreement that's on agefotostock.com,

14      correct?

15              A.    Correct.

16              Q.    And that is --

17              A.    I want to specify that Age

18      Fotostock, it's a website owned by Age

19      Fotostock Spain.  Because I don't think

20      it's being clear here that it's a website

21      owned and controlled by Age Fotostock

22      Spain, not by Age Fotostock America, Inc.

23      This is why it has to be licensed under

24      terms similar to the end users License

25      Agreement of Spain.
```

Marisol Muniz Merino
July 13, 2021                                          61

```
 1        Q.    The End User License Agreement,
 2   though, is an agreement that identifies Age
 3   Fotostock America, correct, as the
 4   licensor?
 5        A.    No.  Here you're talking
 6   about -- for this particular definition, it
 7   refers to Age Fotostock Spain.
 8        Q.    Let's step back.  I just want
 9   to be clear that the Age Fotostock License
10   Agreement for visual content refers to the
11   document, which we'll see in a minute, that
12   is available on agefotostock.com as the End
13   User License Agreement.
14        A.    Yes.  Where the licensor is Age
15   Fotostock Spain.
16        Q.    Okay.
17        A.    Can I add something?  The
18   purpose of this definition, it's because
19   afterwards I'm going to say you have to
20   license the content to end users with terms
21   similar to the ones of the End User License
22   Agreement.  Therefore, terms similar to the
23   End User License Agreement that is granted
24   by Age Fotostock Spain.  Is it clear?  Do
25   you understand the definition here?  It
```

Marisol Muniz Merino
July 13, 2021                                    62

1    refers to Age Spain.

2            What I'm saying -- when I say

3    rights to Age Fotostock America I'm saying

4    you're allowed to license to end users

5    based on an End User License Agreement

6    similar, substantially similar to the one

7    available on Age Fotostock Spain.  But I'm

8    referring to the Age Fotostock America

9    Spain EULA, not the American one.  And it's

10   basically the same one that is shown here.

11   But in the context of the definition shown

12   under 1.1, I'm referring to the EULA of Age

13   Spain.

14        Q.    I'm going to show the witness

15   what's being marked as Plaintiffs'

16   Exhibit 5.

17            (Whereupon, End User Visual

18        Content License Agreement, AFA

19        242-249 was marked as Plaintiffs'

20        Exhibit 5 for identification as of

21        this date by the Reporter.)

22        Q.    This is the Visual Content

23   License Agreement.  Do you see that?

24        A.    Mm-hmm.

25        Q.    Is this the EULA that you're

1    referring to?

2         A.    I was referring to the one of

3    Spain.  This is the one of Age America,

4    Inc. that comes into effect when a client

5    wants to license and pays a license.  This

6    is why when you see on the back there, it's

7    "subject to your full payment of the

8    license and the restrictions set forth in

9    this agreement."  Therefore -- before that,

10   this agreement -- or the license is not

11   granted to the end user.  Therefore, Age

12   Fotostock is not granting anything before

13   that.

14              Do you understand that?  It's

15   the tempo, you know?  The way everything

16   goes when you use the website, there's

17   different steps, you know?  And on the

18   first part, the major part, it's Age

19   Fotostock Spain that does everything, that

20   controls everything and only, and only, and

21   only when a client decides to license and

22   pays the content, that's when this license

23   comes into effect.  Your right to use any

24   is subject to your full payment of the

25   license.

Marisol Muniz Merino
July 13, 2021                                                67

```
 1    to end users in the territory.  The terms

 2    under which you can license the images are

 3    this ones.  You cannot license under

 4    different terms than these ones.  It does

 5    not mean that I'm licensing images to Age

 6    America.

 7         Q.    Let's go to Section 2.1.  It

 8    says, "Age Fotostock hereby grants to

 9    distributor and the distributor accepts the

10    nonexclusive and revocable right and

11    license during the term of this agreement."

12    Do you see that?

13         A.    Mm-hmm.

14         Q.    So Age America has appointed

15    and granted a license to Age America.

16         A.    Mm-hmm.  But to license to end

17    users.

18         Q.    To license to end users.

19         A.    It's very different than what

20    you're trying to say.  I'm not licensing

21    all the content to Age America for them to

22    license to end users.  I'm allowing them to

23    market the content for them to license that

24    content directly to end users.  I see it

25    differently.
```

Marisol Muniz Merino
July 13, 2021                                          68

1         Q.     So Age Spain has granted to Age

2    America a license to authorize other end

3    users to use the content, subject to the

4    Visual Content License Agreement in

5    Plaintiffs' Exhibit 5, correct?

6         A.     Exactly.

7         Q.     And that is accepted by Age

8    America in 2.1, correct?

9         A.     What is accepted?  Can you

10   rephrase?

11        Q.     In 2.1 it says the distributor

12   accepts the license.  Is that accurate?

13        A.     Accepts the rights granted to

14   them to be able to license to end users and

15   to promote and market the content.

16        Q.     So Age America is aware of and

17   knew of the content and terms of the Visual

18   Content License Agreement.

19        A.     Was aware of the terms of the

20   EULA, yes.

21        Q.     And under the terms of that

22   agreement, the EULA, the Visual Content

23   License Agreement, that it was the licensor

24   and supplier of the images to any customers

25   in the territory, correct?

1        A.    Yes.  Once they agreed to

2   license and pay -- again, it's very

3   important, the difference.  Not as a

4   general statement, the right.  No, the

5   right to license once a client requests a

6   license and pays.  That's when they supply

7   the content.

8        Q.    So they grant a license to an

9   end user --

10             MS. WOLFF:  Objection; legal.

11       Q.    They grant a license to an end

12  user and supply content to an end user only

13  after the end user pays is what you're

14  saying?

15             MS. WOLFF:  Objection;

16   compound.

17       Q.    You can answer.

18       A.    They grant -- the license is

19  granted -- I think I referred to the EULA.

20  You need to read the EULA and what it says.

21  I'm not going to be interpreting it in

22  other ways.  That's what it says.

23       Q.    You said that it comes into

24  effect, or it springs into effect, the EULA

25  does, when an end user pays.

1        A.    They reserve the right to grant

2    the license once they pay because it's an

3    online sale.  You pay, you download and you

4    accept the license and terms.

5        Q.    In order to grant the license

6    to an end user though, Age America had a

7    prior license to do so from Age Spain.

8              MS. WOLFF:  Objection.  Legal.

9        Q.    You can answer.

10             MS. WOLFF:  You're asking the

11          same question over and over.  There's

12          a contract here.  The contract speaks

13          for itself.

14             MR. MC CULLOCH:  You don't have

15          the right to make speaking

16          objections.

17       A.    I'm going to repeat it.  I'm

18    reading the contract.  It grants the right

19    to give licenses to end users.  I'm going

20    to repeat it 20 times.  2.1, you're asking

21    me to repeat this over and over.

22       Q.    And under 1.1.9, the territory

23    for Age America is defined as the United

24    States of America, correct?

25       A.    Yes.

```
 1        Q.    And were all of the photographs
 2   at issue in this case made available in the
 3   territory?
 4              MS. WOLFF:  Objection.
 5        A.    Well, what do you mean -- it's
 6   a legal term?  What do you mean "made
 7   available"?
 8        Q.    Let's put it this way.  Did Age
 9   America have the right under this agreement
10   to grant licenses to the photographs?
11              MS. WOLFF:  Objection.
12        Q.    You can answer.
13        A.    They were -- technically they
14   could because they were available for the
15   territory.  But they never downloaded,
16   never sent, never -- never sent -- they
17   never were sent to clients.  So therefore I
18   don't see, you know, that they were made
19   available to anyone.
20              The way that the website works
21   is that you have thumbnails, very small
22   files of images.  The website works as a
23   search engine basically, where end users
24   type a keyword and they get a result and
25   they browse through the results and they
```

Marisol Muniz Merino
July 13, 2021                          72

```
1    see if it's good for them or not.  The same

2    way you browse through Google images.  And

3    then if they're interested, then they

4    request a license and then they go through

5    the process of licensing.  But before that

6    they're only browsing through thumbnails.

7         Q.    And when they purchase a

8    license -- I'm sorry, I didn't mean to cut

9    you off.  I thought you were done.

10              When an end user purchases a

11   license, they purchase it from Age America

12   though.

13        A.    Yes.

14        Q.    They pay Age America.

15        A.    Yes.

16        Q.    And Age America has its own

17   bank account and it retains the funds for

18   the license.

19        A.    Yes.

20        Q.    And then Age America remits

21   royalties or a portion of the fees back to

22   Age Spain.

23        A.    Exactly.

24        Q.    I just want to refer you back

25   up to 1.1.3.  Is this the term that you
```

1        A.    Yes.

2        Q.    And that would include the

3   visual content that's available in the

4   territory -- sorry --

5              MS. WOLFF:  Objection.

6        Q.    The reference to "visual

7   content" is the visual content within the

8   territory, as this provision states.

9              MS. WOLFF:  Objection.  You can

10       answer.

11       A.    I think I'm going to rephrase

12  what I said before.  What we are actually

13  promoting, when we go to clients it's not

14  promoting per se the visual content but

15  promoting the licensing of content

16  available on the website.  So you don't

17  promote specific visual content the way you

18  tend to say.  It's not the specific

19  content.  It's the use of the website to

20  end up licensing content.

21       Q.    Age America, as you're saying,

22  is driving customers to the website?

23       A.    Yes.

24       Q.    And that would include the

25  photographs at issue in this lawsuit?

Marisol Muniz Merino
July 13, 2021                                      76

1        A.    Mm-hmm.  Yes.  As I tried to

2   explain, the way they access it is to send

3   to clients.  They put the e-mail of the

4   client and then the link is sent to the

5   client.

6        Q.    It says here in Section 7.1,

7   (i) that "the distributor shall pay Age

8   Fotostock 50 percent of all net receipts."

9   You testified about this.  I'm just

10  confirming, Age America is the one that

11  gets paid and collects the license fee from

12  end users, correct?

13       A.    Yes.

14       Q.    And then Age America then

15  remits 50 percent of the proceeds to Age

16  Spain.

17       A.    Yes, exactly.  It's a separate

18  entity.  It has its own accounts, bank

19  accounts.  It's asked to present taxes in

20  the U.S., it's subject to any legal

21  requirements in the U.S. as any other

22  entity, American entity.  And as any other

23  distributor we have in the world, they do

24  exactly the same.  They collect and they

25  pay us a royalty.

```
 1          A.    Basically, what happened, when

 2     we got the claim -- that Age America got

 3     the claim, since the contract was signed

 4     only with Spain, what they did as any other

 5     third party distributor would do is saying

 6     look, we received this claim.  It's your

 7     problem because you are the one, you know,

 8     supplying me the rights.  So if there's a

 9     problem, you have to fix it.  So they sent

10     it to Age Spain to fix it.

11               But they're not aware of the

12     contracts, what the representation,

13     warranties, they only have what was

14     represented and warranted under their

15     contract.  But they're not going to get

16     access, as any other distributor would not

17     get access, to internal agreements between

18     Age Spain and third parties.

19               This is why I am a bit confused

20     that you have this information and it was

21     produced under Age America.

22          Q.    The president of Age America is

23     the same as the president of Age Spain,

24     correct?

25          A.    Mm-hmm.
```

Marisol Muniz Merino
July 13, 2021                                    93

1    section.  Do you see that?

2          A.    Mm-hmm.  Yes.

3          Q.    Are you aware of -- was Age

4    America aware of this notice provision?

5          A.    No.  But I don't see the

6    relevance, honestly.  The images in

7    question --

8          Q.    I'm just asking if Age America

9    was --

10         A.    No.  The response is no.

11         Q.    When did United Archives

12   provide the photographs at issue in this

13   lawsuit to Age Spain?

14         A.    I think they were between 2017

15   and 2019, from the information supplied to

16   me by the content provider -- the content

17   department of Age Spain.  They were not

18   supplied at the same time.  Some images in

19   2017, and some others in 2019.

20         Q.    Okay.  And you said that that

21   occurred by FTP?

22         A.    Yes.

23         Q.    Approximately how many images

24   were delivered in 2019 by United Archives?

25         A.    I don't have that information.

 1        Q.    But the photographs at issue in

 2   this lawsuit, at least four of the five,

 3   were delivered by United Archives to Age

 4   Spain?

 5        A.    Yes.

 6        Q.    Does Age America have any

 7   copies of those photographs?

 8        A.    No.

 9        Q.    Has Age America ever been asked

10   to delete or destroy those images?

11        A.    No.

12        Q.    Did anybody instruct Age

13   America to search its systems for any of

14   those photographs?

15        A.    Not necessary because we keep

16   track, as I said, of any downloads or any

17   uses of the list of authorized users and

18   who downloads and uses those images.

19   Therefore, since they were never downloaded

20   or licensed by Age America, they never had

21   them in their system.

22        Q.    So the system would track any

23   downloads at all, even if they weren't

24   licensed?

25        A.    The system, yes, tracks -- for

Marisol Muniz Merino
July 13, 2021                                              95

1    example, if a client downloads for a comp,

2    it tracks everything.

3         Q.    What if an FTP member

4    downloads?

5              MS. WOLFF:  Objection.

6         A.    An FTP, you can't --

7         Q.    I'm sorry, a THP member

8    downloads.

9         A.    The same.  It keeps track.

10   That's why a THP, it's a platform and it

11   controls all the downloads, all the

12   uploads, it controls everything.  Spain

13   controls everything in the THP.

14        Q.    The THP system would record any

15   downloads, even if it wasn't for a license?

16        A.    Yes.

17        Q.    And that information doesn't

18   have to be entered manually?

19        A.    No.

20        Q.    So what information in THP

21   needs to be entered manually?  Just the

22   invoice terms?

23        A.    Everything to invoice, yes.

24   The part of invoicing, sending -- reports

25   are generated automatically.  Basically

1    in the territory for Age America to

2    license?

3         A.    I don't know.

4         Q.    Does Age America know whether

5    or not it has access to or -- let me put it

6    this way, that it has a license to grant

7    sublicenses to photos from that collection?

8              MS. WOLFF:  Objection.  Legal.

9         A.    I don't know.  I don't know --

10   that information I don't know.

11        Q.    Do you know whether or not the

12   photographs at issue in this lawsuit were

13   included in this upload?

14        A.    No.  They're not publicity

15   stills, so it couldn't be.  It could be

16   cinema.

17        Q.    It could be cinema?

18        A.    Yes.  They're not -- they're

19   about movies, they're pictures of record.

20   They're not about publicity.

21        Q.    So it's Age America's testimony

22   that these photographs are not publicity

23   stills?

24        A.    I don't know.  I already

25   answered I have no idea because I don't

Marisol Muniz Merino
July 13, 2021                                         104

1   deal with the day-to-day issues that you're

2   asking me here, about exactly what

3   publicity stills are and how many of those

4   46,000 images are included or not.  I don't

5   even think our content supplier could

6   answer that without looking into the

7   records.

8          Q.    Does Age America know -- let me

9   strike that.

10                Referring you down a little

11  further in Exhibit 7, there's a reference

12  to "regarding Age Fotostock USA, we have

13  received a payment."  Do you see that

14  reference?

15         A.    Mm-hmm.

16         Q.    Is this what you were

17  testifying earlier to, that Age America

18  makes payments directly to United Archives?

19         A.    Yes.

20         Q.    Does Age America pay all of its

21  clients directly -- or rather, all of the

22  suppliers directly?

23         A.    No.

24         Q.    Why does Age America pay United

25  Archives directly?

1    pricing on the website?

2         A.    The website -- it is

3    Fotostock's website, therefore yes.

4         Q.    So Age America is the licensor,

5    but Age Spain totally controls the website

6    and all of the business conducted there?

7         A.    No, not all because only the

8    website one, but when it's outside the

9    website agreements, especially agreements,

10   as I mentioned before, that was the main

11   purpose of having subsidiary layers to get

12   special agreements, price agreements with

13   editorial companies and other publicity

14   companies.  So those agreements, they are

15   the ones setting the price.

16        Q.    For those special arrangement.

17   I'm talking about purchases through the

18   website, that's controlled by Age Spain?

19        A.    Yes.

20        Q.    And the president of Age

21   America is also the president of Age Spain,

22   correct?

23        A.    I already replied to this.

24        Q.    How about the treasurer and

25   secretary, are they also corporate officers

Marisol Muniz Merino
July 13, 2021                                    116

1    of Age Spain?

2        A.    No.

3        Q.    They are not employees of Age

4    Spain?

5        A.    No.  One is an employee, but

6    the other one is not.

7        Q.    Which one is an employee of Age

8    Spain?

9        A.    Maria Jesus, the treasurer.

10       Q.    What's her position at Age

11   Spain?

12       A.    The financial director.

13       Q.    And who did you say was the

14   secretary again?

15       A.    Maite Belles.

16       Q.    And that is not an employee of

17   Age Spain?

18       A.    No.

19       Q.    Who chooses the employees, the

20   sales agents?  How are they hired?

21       A.    For which company?

22       Q.    Age America.  How did it hire

23   its sales agents?

24       A.    How did -- the sales agents --

25   you mean the sales account executives?  The

Marisol Muniz Merino
July 13, 2021                                    118

 1    administrative stuff.  That person handles

 2    a bit more paperwork and has more

 3    responsibilities.  But I wouldn't call that

 4    an office manager.

 5         Q.    And in terms of the notice of

 6    lawsuit to Age America, when did Age

 7    America become aware of the claims of

 8    Mr. Grecco?

 9         A.    I think it was the 4th of

10    September.

11         Q.    How did Age America become

12    aware of those claims?

13         A.    By e-mail.

14         Q.    Who received the e-mail?

15         A.    Age office, Age America.  New

16    York office.

17         Q.    I'm going to show you what will

18    be marked as the next exhibit.  I believe

19    we are on 8.

20              (Whereupon, 9/21/2020 E-mails,

21         AFA 38-48 was marked as Plaintiffs'

22         Exhibit 8 for identification as of

23         this date by the Reporter.)

24         A.    This is Age New York.  The

25    address Age New York.

Marisol Muniz Merino
July 13, 2021                                        119

```
 1          Q.    Is this the e-mail that you're
 2    referring to?
 3          A.    Yes.
 4          Q.    And it was sent to --
 5          A.    Raquel Martinez is an employee
 6    of Age America.
 7          Q.    She's an employee of Age
 8    America?
 9          A.    Yes.
10          Q.    Is she still employed there?
11          A.    Yes.
12          Q.    And what did Ms. Martinez do
13    with this?
14          A.    She sent it to Alfonso and to
15    me.
16          Q.    And you're the one that
17    responded?
18          A.    Yes.
19          Q.    So Age America received a
20    notice of a claim and referred it back to
21    Age Spain, and in-house counsel for Age
22    Spain responded to the claim and the
23    notice.
24          A.    I already answered that at the
25    beginning saying that they sent the claim
```

Marisol Muniz Merino
July 13, 2021                                    120

```
 1    to us for us to handle it since the

 2    agreement was between us and United

 3    Archives and Marie Evans.

 4         Q.    I'll introduce what's marked as

 5    Plaintiffs' Exhibit 9.

 6               (Whereupon, 9/7/2020 E-mail,

 7          AFA 281-286 was marked as Plaintiffs'

 8          Exhibit 9 for identification as of

 9          this date by the Reporter.)

10         Q.    Ms. Muniz, on September 7th you

11    provided the notice of claims to United

12    Archives, is that correct?

13         A.    Yes.

14         Q.    And you advised that you were

15    going to remove the images from your site.

16    Do you see that?

17         A.    Yes.  But they actually sent a

18    deletion request the same day also.

19         Q.    What does it mean to remove

20    images from the website?

21         A.    To delete it from the database.

22         Q.    Is it possible to remove images

23    without deleting them?

24         A.    To make them inactive you mean?

25         Q.    Yes.
```

Marisol Muniz Merino
July 13, 2021                                     121

```
 1          A.    Yes, it is possible.

 2          Q.    Did Age America at any point

 3     advise you not to delete images?

 4          A.    Age America had nothing to do

 5     with this.  They didn't deal with it.  Age

 6     Spain decided to remove them.  It's Age

 7     Spain that decided to deal with the claim

 8     because they considered they were the ones

 9     responsible to answer it considering the

10     Distribution Agreement and the License

11     Agreement with the supplier which provided

12     some representation and warranties.  So

13     that's how we handled it.

14          Q.    And then you made the choice

15     not to just make them inactive but to

16     delete them.

17               MS. WOLFF:  Objection.

18          A.    Yes.

19          Q.    When you delete an image from

20     the website, does that also delete it from

21     the server?

22          A.    Yes.

23          Q.    There's not a backup that's

24     permanent?

25          A.    That I cannot answer.  I don't
```

Marisol Muniz Merino
July 13, 2021                                    124

1    that there are different categories it

2    looks like, three different categories for

3    different territories.  There seems to be a

4    sales category, a pending to report to

5    photographers, and reported to

6    photographers.  Do you see that?

7          A.    Yes.

8          Q.    Where in the THP system does it

9    track downloads but not sales?

10         A.    In the back, at the end it

11   should have something about downloads.

12         Q.    When you say "in the back" or

13   the end --

14         A.    At the end of the page.

15         Q.    Down here?

16         A.    You see?  That's where it

17   tracks what's been downloaded by who and

18   sent.  You have the information there.  I

19   can't see it very well, it's too small.

20         Q.    I can zoom in.

21         A.    Resolution, you get all the

22   information.  Nombre agentes.  It's in

23   Spanish.  The agency that downloaded, it

24   can be Age America, it can be other third

25   parties, the date it was downloaded, where

Marisol Muniz Merino
July 13, 2021                                           125

```
 1    it was.  All the information on that.

 2          Q.    So even if an image is deleted

 3    from your system, the record of the image

 4    asset still exists, is that correct?

 5          A.    Yes.

 6          Q.    And is this information

 7    available any other way than through the

 8    THP system?

 9          A.    No.

10          Q.    Walk me through here.  How

11    would a sales agent manually input any

12    sales or invoicing information?  How does

13    that happen?

14          A.    You have to go to -- you see on

15    top there's different sections, on top?

16          Q.    Up here?

17          A.    Invoicing, do you see

18    invoicing?

19          Q.    Yes.

20          A.    You go there and you enter the

21    information according to what is required

22    to invoice.

23          Q.    So the options at the top are

24    for -- potentially for inputting data, not

25    just viewing data?
```

```
 1           A.    Exactly.  Except this, you

 2    cannot alter -- this is generated by the

 3    system.  You cannot input downloads.  It's

 4    generated by the system.  And whatever is

 5    in the account is translated here, if it's

 6    been licensed, invoiced and all that.  So

 7    it's a system of following up on invoicing,

 8    downloading, licensing.  It tracks every

 9    license and downloads and invoicing.

10           Q.    Let's go to the download

11    section.  I'm wondering if you can walk me

12    through -- this is the agent name.  What

13    does that refer to?

14           A.    It can be an agent or it can be

15    an authorized user mostly.  Since it's an

16    internal thing, they didn't report too much

17    on the names.  But it would be any

18    authorized user that downloaded the image.

19           Q.    When you say "authorized user,"

20    you mean someone authorized to access the

21    THP system?

22           A.    Yes.

23           Q.    So the THP system does not

24    track whether or not a customer downloaded

25    comps?
```

Marisol Muniz Merino
July 13, 2021                                    129

```
 1    downloads through the website?

 2         A.    Yes.

 3         Q.    But if someone purchases a

 4    license from the website, that information

 5    is available here?

 6         A.    Yes, because the website

 7    doesn't have the high res.  The high res

 8    are in the database.  So when you purchase,

 9    what the system does is go get the high

10    res, you know, in the database to send it

11    to the client.  The website only has comps.

12         Q.    So let's talk about where

13    copies of images may exist.

14         A.    Mm-hmm.

15         Q.    They would exist in some form

16    on the website, correct?

17         A.    Thumbnails, yes.  Not the high

18    res, the low res.  Like the way you search

19    an image in Google Images, it's the same.

20         Q.    And they also would exist in

21    high resolution on a separate server, is

22    that correct?

23         A.    In the database, yes.

24         Q.    And they would also exist in

25    thumbnails in the THP system?
```

Marisol Muniz Merino
July 13, 2021                                    134

1   America, and this is document number 34,

2   the first page.  34, 35 and 37.  So it was

3   produced by Age America in this lawsuit.

4           How did it come to be in the

5   possession of Age America?

6           MS. WOLFF:  Objection.

7   Q.    You can answer.

8   A.    It was supplied probably by Age

9   Spain, yes.

10  Q.    It was supplied by you.

11  A.    Mm-hmm.

12  Q.    To Age America.

13  A.    Mm-hmm.

14  Q.    Who at Age America did you

15  supply it to?

16  A.    Alfonso Gutierrez.

17  Q.    When did Mr. Gutierrez as

18  president of Age America come to possess

19  this document?

20  A.    When we got it.  As soon as we

21  got it from United Archives.  I don't

22  recall the date.

23  Q.    Was it after the lawsuit was

24  initiated or before that?

25  A.    After.

1    agreement.  It is allowed to.  Doesn't mean

2    that it will, but is allowed to.  It gives

3    them the right to.

4          Q.    This agreement in number 2

5    says, this license is not transferable and

6    Age Fotostock, which in this agreement is

7    defined as Age Fotostock Spain, may not

8    provide any images to any third party

9    licensing entity for sublicensing, resale

10   or further redistribution.  Do you see

11   that?

12         A.    Mm-hmm.

13         Q.    Do you see that?

14         A.    Yes.

15         Q.    But Age Fotostock does permit

16   Age America -- Age Fotostock Spain does

17   permit Age Fotostock America to license

18   these images in the United States.

19               MS. WOLFF:  Objection.

20         Q.    You can answer.

21         A.    It was made available

22   through -- for Age Fotostock and any of its

23   affiliates in the U.S.  That's why --

24   United States of America, they knew it was

25   going to be Age America dealing with that.

Marisol Muniz Merino
July 13, 2021                                    140

1          Q.    So at the time that Age Spain

2    and Mary Evans entered into this agreement

3    in 2013, Age America and Age Spain already

4    had an agreement in place in 2009, correct?

5          A.    Yes.

6          Q.    And Mary Evans was aware that

7    Age America --

8          A.    Yes.

9          Q.    -- sorry Age Spain would be

10   sublicensing through America.

11               MS. WOLFF:  Objection.

12         Q.    Is that true?

13               MS. WOLFF:  Legal.

14         Q.    I'm asking if you know.  You

15   can answer.

16         A.    They were aware we were

17   licensing content in the U.S.

18         Q.    Through Age America, correct?

19         A.    Mm-hmm.

20         Q.    But the agreement specifically

21   says that there is no sublicensing

22   permitted through third parties.

23               MS. WOLFF:  Objection.

24         A.    Third party licensing entity.

25   They didn't consider Age America a third

1    party licensing entity.

2         Q.    Okay.

3         A.    Can I see the beginning of the

4    contract, please?

5         Q.    Sure.

6              MS. WOLFF:  Show her the

7         beginning.

8         A.     (The witness reviews the

9    document.)

10             They knew we were working

11   because on the website, they knew that

12   anything licensed in the U.S. was going to

13   be.  Since they agreed to license in the

14   website, that's the way we were working.

15        Q.    I'd like to refer you to what

16   will be Exhibit 13.

17             (Whereupon, 7/23/19 E-mail, AFA

18        241 was marked as Plaintiffs' Exhibit

19        13 for identification as of this date

20        by the Reporter.)

21        Q.    Are you familiar with this

22   e-mail?

23        A.    Yes.

24        Q.    Is it your understanding that

25   this is when Age -- sorry, when Mary Evans

Marisol Muniz Merino
July 13, 2021                                          142

1    uploaded --

2         A.    Not uploaded.  They sent the

3    hard drive.

4         Q.    Thank you, they sent a hard

5    drive?

6         A.    Mm-hmm.

7         Q.    And that is your understanding

8    of when Mary Evans provided the photographs

9    to Age Spain?

10        A.    They said they wanted to post.

11   They just said that it was sent in the post

12   today.  I don't know when they received it

13   afterwards.

14        Q.    Thank you for that

15   clarification, but my question more

16   pertinently is, is it your understanding

17   that this is the hard drive that contained

18   the photograph at issue here that came from

19   Mary Evans?

20        A.    Yes.  It is my understanding.

21        Q.    And that was in July 2019.  At

22   some point after July 23, 2019.

23        A.    Well, that's when they said

24   that they sent the hard drive, not when we

25   received it, but when they sent it.

Marisol Muniz Merino
July 13, 2021                                    143

1        Q.     Does Age America have any more

2   information about the rights that Mary

3   Evans had to the photographs that were

4   available for licensing in the United

5   States?

6        A.     No.  It relies on the agreement

7   signed with Age Spain.

8        Q.     Age America is relying on Age

9   Spain to handle that side of the business?

10       A.     No, no, no.

11              MS. WOLFF:  Objection.

12       A.     That's not what I'm saying.

13  I'm saying that the Distribution Agreement

14  that we have in place, that's what Age

15  Fotostock America relies on.

16       Q.     And Age Spain handles all and

17  controls all of the supplier agreements.

18       A.     Yes.

19       Q.     And Age America relies on it

20  for that purpose.

21       A.     Yes.  For that small purpose.

22       Q.     To negotiate and execute

23  agreements with suppliers.

24       A.     All the content is negotiated

25  and sent to Spain who processes it and

Marisol Muniz Merino
July 13, 2021                                              144

1    uploads it on the website.  Age America

2    only, as I said, promotes and markets, you

3    know, the licensing of content through the

4    website and through any other means, but by

5    creating licensing -- price agreements, but

6    that's basically it.  There's no other

7    mystery behind it.

8         Q.    I'll show the witness what

9    we'll mark as Exhibit 14.

10              (Whereupon, Luke Perry Stock

11          Photos, AFA 10 was marked as

12          Plaintiffs' Exhibit 14 for

13          identification as of this date by the

14          Reporter.)

15        Q.    Have you seen this image

16   before, Ms. Muniz?

17        A.    Yes.

18        Q.    Are you aware that this is one

19   of the images at issue in this lawsuit?

20        A.    Yes.

21        Q.    I'd like to just kind of walk

22   through a little bit what information is on

23   this page so that we can kind of understand

24   what some of these terms mean.  When it

25   says "image code," what does that refer to?

Marisol Muniz Merino
July 13, 2021                                    146

1    first three letters would refer to the

2    supplier?

3           A.    Yes.

4           Q.    So this image code would

5    correspond to the image code that was on

6    the website for this particular image?

7           A.    Yes.  This is my understanding,

8    yes.

9           Q.    While we're here, I didn't ask

10   this question previously, I'm sorry to jump

11   back.  But now that we're looking at this

12   THP report, do you have any understanding

13   of what AF Archive refers to?  This says

14   "Mary Evans/AF Archive/Universal TV."

15          A.    No.  These are probably

16   captions given by Mary Evans.  We produced

17   whatever they sent us I guess.  I don't

18   know.

19          Q.    So you're saying that Mary

20   Evans determines what information is

21   referenced by the MEV code?

22          A.    No, no.  MEV code is created by

23   us.  Whatever is after, I think it's the

24   credit given by Mary Evans on the image.

25   That's my understanding.  The credit.

Marisol Muniz Merino
July 13, 2021                                    147

```
 1        Q.     So would AF Archive refer to

 2   Age Fotostock?

 3        A.     No.  I don't know what it is.

 4        Q.     All right, going back to the

 5   website screen capture, which is Exhibit

 6   14, when it says "user license," do you see

 7   that?  Under "details."  It has "image

 8   code, photographer, collection, and user

 9   license."  And it has "rights managed."  Do

10   you see that?

11        A.     Yes.

12        Q.     Is that the types of licenses

13   that are available for this?

14        A.     Yes.  But it's limited to

15   editorial views only, as you can see.

16        Q.     And who determines the

17   restrictions on the license that's on this

18   website?

19        A.     The supplier.  It comes with

20   the images.  You have to put the license

21   restriction on images.  So we only process

22   the restriction given by the supplier.

23        Q.     But I'm saying Age Spain

24   receives the information.  The

25   restrictions, as you put it, are put on by
```

```
 1    the supplier, and Age Spain codes the

 2    website to make sure those restrictions are

 3    in place, correct?

 4         A.    Yes.

 5         Q.    And the types of licenses that

 6    are available, here "editorial use only,

 7    rights managed" limits the type of license

 8    that Age America can provide.

 9         A.    Yes.

10              MS. WOLFF:  Objection.

11         A.    It's the same as before.  If

12    you look under Age America, it's going to

13    be on the website, it's going to be the

14    same information.  If you end up licensing

15    for Age America for the U.S. this image,

16    you will have the same restriction.  I

17    don't understand your question.

18         Q.    I'm just asking who chooses

19    those restrictions --

20         A.    It's not by who controls the

21    website.  It's Age Spain that controls the

22    website because Age Spain does everything.

23         Q.    And in terms of the URL here

24    that's in the screen capture,

25    agefotostock.com/Age/EN, is that a
```

1    reference to English?

2          A.    Yes.

3          Q.    And that would be the United

4    States territory for the --

5          A.    No, it can be English, the

6    English language.

7          Q.    But any licenses granted in

8    America, the territory for where those

9    licenses are available would be in the

10   English portion of the Age Fotostock

11   website, correct?

12         A.    You can have the Spanish and

13   licenses -- you can have the Spanish

14   language selected and being licensed in the

15   company in the U.S.  The language has

16   nothing to do with the territory.

17         Q.    Let me ask the question this

18   way.  Where would I determine whether or

19   not this photo was available for licensing

20   in a particular territory?  Because you

21   said Age America couldn't grant certain

22   licenses --

23         A.    Mm-hmm.

24         Q.    -- if it was in a different

25   territory.  And I'm asking --

Marisol Muniz Merino
July 13, 2021                                          150

```
 1          A.    You have to register.  To be

 2     able to license, you need to be a

 3     registered user.  When you register, you

 4     enter your residence.  When they detect

 5     that you are American, you will only see

 6     content that can be available in the U.S.

 7          Q.    Because this is a U.S. TV show,

 8     U.S. actor in a U.S. TV show, this was the

 9     photo that was available for licensing in

10     the U.S.

11               MS. WOLFF:  Objection.

12          Q.    Is that correct?

13               MS. WOLFF:  If you know.

14          A.    I don't know.

15          Q.    But Age America would have been

16     the one to process any licenses for this in

17     America.

18               MS. WOLFF:  Objection.

19          Q.    Through the website.  I'll

20     strike the question.

21               MS. WOLFF:  To be clear, I

22          don't think this image is part of the

23          complaint.

24               MR. MC CULLOCH:  I understand.

25               MS. WOLFF:  Okay, I just wanted
```

1    you see that?

2           A.    Yes.

3           Q.    What is the relevance of that,

4    if you're aware?

5           A.    I'm not aware.

6           Q.    And let me ask you a question

7    about the caption and the keywording.  Who

8    does the captioning and keywording for

9    images?

10          A.    It's sent by the supplier.

11          Q.    The supplier does the

12   imaging -- sorry, the keywording?

13          A.    And captioning, yes.

14          Q.    How about the keywording?

15          A.    The keywording, no, it's them,

16   too.  The supplier sends the keywords.

17          Q.    Does the supplier also control

18   the shooting date?  Do you see where it

19   says "shooting date" under "user license"?

20          A.    Yes.  Not everybody supplies

21   information.  But if they do, we enter

22   whatever they send us.  That's when I said

23   that we process, you know?  You have to

24   upload or they send us the archive with the

25   information and we only process it.  We

Marisol Muniz Merino
July 13, 2021                                    153

1    upload whatever they give us.

2         Q.    I'm just asking whether or not

3    that is information that is auto generated.

4    And let me put it this way.  If the

5    customer -- or excuse me, the supplier

6    doesn't have the shooting date there, if

7    that is auto generated in some way, like

8    the date it's uploaded for instance to the

9    website.

10        A.    I don't think so.  We don't put

11   anything.  It doesn't show, if I recall --

12   I would have to double-check, but I'm

13   pretty sure it doesn't show if we don't

14   have it.

15        Q.    So if an image has no shooting

16   date -- sorry, if a supplier doesn't

17   provide a shooting date --

18        A.    That section doesn't show.

19        Q.    Is that also true with

20   photographer and collection, the other

21   information that's listed just above the

22   shooting date?

23        A.    Can I see it?

24        Q.    Sorry, I didn't mean to take it

25   down.  So the image code, and then between

Marisol Muniz Merino
July 13, 2021                                        154

1    there -- or below that is photographer and

2    collection.  I'm wondering if --

3         A.    No.  The photographer is the

4    credit that they give us.  We never touch

5    that.  The collection, yes, it's the

6    collection is the supplier we sign the

7    contract with.  So if it's Mary Evans, it's

8    the company that shows in the contract.

9         Q.    I am at a point to take a quick

10   break.  I think we'll be pretty close to

11   the end.  I appreciate your time.  It's

12   been three and a half hours or so.

13        A.    Can I have a question?  Do you

14   think it can be finished before 6:30?

15        Q.    I'm going to do my best to wrap

16   up.  That's exactly what my question was.

17   I'm not sure exactly what the time is there

18   and so I was just checking.

19        A.    Here it's 5:30.

20        Q.    So let's take a really quick

21   break and I'll endeavor to make sure that

22   we're wrapped up before 6:30.

23        A.    Okay, perfect.

24             (Whereupon, a short recess was

25        taken.)

Marisol Muniz Merino
July 13, 2021                                      155

1    BY MR. MC CULLOCH:

2         Q.    Ms. Muniz, I want to return

3    briefly to your testimony about employees

4    of Age America.  The president, treasurer

5    and secretary, the corporate officers of

6    Age America, do any of them live or reside

7    in America?

8         A.    No.

9         Q.    Do they all live in Spain?

10        A.    Yes.

11        Q.    What about Raquel Martinez,

12   does she live in America?

13        A.    Yes.

14        Q.    She lives in New York?

15        A.    Yes.

16        Q.    And are there any other sales

17   agents presently?

18        A.    Kevin Knowell lives in the U.S.

19   Kevin Knowell.

20        Q.    And I believe in response to --

21   I'm just looking now for the response to

22   discovery requests from Age America.

23   There's a response that it's a virtual

24   office.

25        A.    They work from home.  They work

1    from home.

2         Q.    They work from home?  Is that

3    because of the pandemic or has that always

4    been the case?

5         A.    No, no, it's because of the

6    pandemic.

7         Q.    That's just what we wanted to

8    clarify, what the meaning of "virtual

9    office" is.  That shift happened everywhere

10   pretty much, so not surprising.

11         All right, I don't have any

12   further questions at this point for the

13   witness.  I appreciate your time.  And

14   unless there's further questions, Nancy --

15         MS. WOLFF:  No further

16      questions.

17         THE REPORTER:  Counsel Wolff,

18      do you want a copy of the transcript?

19         MS. WOLFF:  Yes, I would.

20         MS. GATES:  Ms. Pastor, I think

21      we need an expedited copy.  I can

22      e-mail about that.

23         MR. MC CULLOCH:  We made the

24      same request, Ms. Pastor.

25         (Whereupon, at 11:45 A.M., the

Marisol Muniz Merino
July 13, 2021                                              157

1          examination of this witness was

2          concluded.)

3

4

5      °        °              °             °

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                D E C L A R A T I O N

2

3        I hereby certify that having been

4    first duly sworn to testify to the truth, I

5    gave the above testimony.

6

7        I FURTHER CERTIFY that the foregoing

8    transcript is a true and correct transcript

9    of the testimony given by me at the time

10   and place specified hereinbefore.

11

12

13

14                  _____
                    MARISOL MUNIZ

15

16

17

18   Subscribed and sworn to before me

19   this _____ day of _____ 20___.

20

21   _____
         NOTARY PUBLIC

22

23

24

25

```
 1        C E R T I F I C A T E

 2
     STATE OF NEW YORK      )
 3                     :    SS.:
     COUNTY OF ALBANY       )

 4

 5        I, SUZANNE PASTOR, a Notary Public

 6   for and within the State of New York, do

 7   hereby certify:

 8        That the witness whose examination is

 9   hereinbefore set forth was duly sworn and

10   that such examination is a true record of

11   the testimony given by that witness.

12        I further certify that I am not

13   related to any of the parties to this

14   action by blood or by marriage and that I

15   am in no way interested in the outcome of

16   this matter.

17        IN WITNESS WHEREOF, I have hereunto

18   set my hand this day, July 14, 2021.

19

20        Suzanne Pastor
     _____
21        SUZANNE PASTOR

22

23

24

25
```