# EXHIBIT B

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK


MICHAEL GRECCO and MICHAEL
GRECCO PRODUCTIONS, INC.,

              Plaintiffs,

      vs.                     CASE NO. 21-CV-00423 (JSR)

AGE FOTOSTOCK AMERICA, INC.,

              Defendant.
_____


DEPOSITION OF MICHAEL GRECCO

APPEARING REMOTELY FROM

LOS ANGELES COUNTY, CALIFORNIA

July 1, 2021

8:33 a.m.


REPORTED STENOGRAPHICALLY BY:

Deborah L. Heskett

CSR No. 11797

APPEARING REMOTELY FROM LOS ANGELES COUNTY, CALIFORNIA

Michael Grecco
July 01, 2021

```
1    REMOTE APPEARANCES:

2

3         For Plaintiffs:

4              McCULLOCH KLEINMAN LAW
               KEVIN McCULLOCH
5              NATE KLEINMAN
               501 Fifth Avenue, Suite 1809
6              New York, New York 10017
               kevin@mkiplaw.com
7              nate@mkiplaw.com

8

         For Defendant:
9
               COWAN, DeBAETS, ABRAHAMS & SHEPPARD LLP
10             SARA GATES
               NANCY WOLFF
11             41 Madison Avenue, 38th Floor
               New York, New York 10010
12             212.974.7474
               sgates@cdas.com
13             nwolff@cdas.com

14

15

16

17

18

19

20

21

22

23

24

25
```

Michael Grecco
July 01, 2021

```
 1     Q    Let's move on.

 2          Have you read the complaint in this case?

 3     A    Yes.

 4     Q    Were you involved in the preparation of the

 5   complaint, without getting into any privileged

 6   information?

 7     A    I didn't write it.

 8     Q    But are you familiar with the allegations?

 9     A    Yes.

10     Q    Okay.  Let's take a look at the complaint.

11          Can you see the complaint on screen?

12     A    Yep.

13          MS. GATES:  All right.  We'll mark this as

14   Defendant's Exhibit 1.

15          (Exhibit 1 identified)

16   BY MS. GATES:

17     Q    So are you familiar with this document?

18     A    I am.

19     Q    Did you review it in full before it was filed?

20     A    Yes, I believe so.

21     Q    And, to the best of your knowledge, are all the

22   statements contained in this complaint correct?

23     A    Yes.

24     Q    Take a look at Exhibit 1.

25          Is this one of the photographs at issue in this
```

Michael Grecco
July 01, 2021

1   case?

2       A    I believe so, yes.

3       Q    Do you recall when you took this photo?

4       A    1994 or '93.

5       Q    How did you come to take this photo?

6       A    I was commissioned by the broadcaster.

7       Q    Who's the broadcaster?

8       A    Fox.

9       Q    So Fox hired you to take photos of these two

10  people?

11      A    Correct.

12      Q    Do you recall what the arrangement was when Fox

13  hired you?

14      A    What does that mean?

15      Q    Was there an agreement between you and Fox?

16      A    Yes.

17      Q    Was this agreement in writing?

18      A    Yes.

19      Q    Do you recall what the agreement looked like?

20      A    Yes.

21      Q    Can you describe it to me?

22      A    It was an invoice with a license.

23      Q    Did you sign anything?

24      A    I did not, no.

25      Q    Did Fox sign anything?

Michael Grecco
July 01, 2021

```
 1       A     No.

 2       Q     When you say "invoice," was it a purchase

 3   order?

 4       A     No.  I used the words "invoice."

 5       Q     Was there any other documentation aside from

 6   the invoice?

 7       A     What other documentation would you be referring

 8   to?  For the job there was only an invoice.

 9       Q     Okay.  So there's no other written

10   communications or anything referencing the agreement?

11       A     No e-mail back then.  People used the phone.

12       Q     So when Fox asked you to take these photos, did

13   they call you up on the phone?

14       A     Yes.

15       Q     Did they give you the assignment before the

16   invoice was generated?

17       A     Yes.

18       Q     And that was orally that they relayed the

19   assignment?

20       A     Correct.

21       Q     Did you discuss any terms or circumstances

22   regarding the assignment over the phone?

23       A     I don't recall.

24       Q     Did you personally discuss the assignment with

25   Fox?
```

Michael Grecco
July 01, 2021

1    A    Yes.

2    Q    Did you have an agent at the time?

3    A    Yes.

4    Q    Was your agent involved in the assignment?

5    A    Yes.

6    Q    How was your agent involved?

7    A    She helped do the estimate and did all the

8  paperwork.

9    Q    And when you say "paperwork," are you referring

10  to the invoice?

11    A    The estimate and the invoice.

12    Q    And who was your agent at the time?

13    A    Maggie Hamilton.

14    Q    Do you know how the estimate was created?

15    A    I think it was typed.

16    Q    Do you know how the numbers of the estimate

17  were generated?

18    A    They were estimated.

19    Q    Was there any basis or frame of reference for

20  the specific numbers?

21    A    Rates at the time for all our vendors and for

22  licensing and all of that.

23    Q    So for this assignment, did you only have one

24  phone call with Fox?

25    A    I'm sure there was multiple phone calls with

Michael Grecco
July 01, 2021

1   Fox.

2       Q     Do you recall what you discussed during these

3   calls?

4       A     The assignment.

5       Q     Is there --

6       A     The creative aspects of the assignment.  My

7   agent probably handled the business aspects of it.

8       Q     Did you ask her to handle the business aspects

9   of the assignment?

10      A     That was her job.

11      Q     So did the agent prepare the invoice?

12      A     I invoiced the agent, and then the agent

13  prepares the invoice based on my invoice.

14      Q     Did she prepare a separate invoice or just use

15  your invoice?

16      A     She prepared a separate invoice.

17      Q     Did you ever review this invoice?

18      A     Not before it went out.

19      Q     So she sent the invoice directly to Fox?

20      A     Yep.  And she would have been the one to

21  negotiate the terms and the details, so --

22      Q     Were you aware of the specifics of her

23  negotiation at the time?

24      A     In general terms, she would have approved it by

25  me.

Michael Grecco
July 01, 2021

1    used on the back of her terms and conditions.

2        Q    Did you review the document that Maggie sent to

3    Fox?

4        A    I saw -- yes, at one point I did.

5        Q    So are you certain that the document that Fox

6    received included the terms and conditions?

7        A    Yes.

8        Q    Do you know whether Fox accepted or signed off

9    on the terms and conditions?

10       A    They paid based on the invoice.  That's

11   acceptance to me.

12       Q    Were these restrictions regarding third-party

13   use relayed in any other way to Fox?

14       A    Through smoke signals?  I don't understand what

15   you're asking me.

16       Q    Was there any other writing?  Did you relay it

17   to them on a phone call?

18       A    I didn't handle the business negotiations;

19   Maggie Hamilton did.

20       Q    Do you -- do you recall --

21       A    But let me back up.

22            Those same terms and conditions went to them

23   with the estimate, and they -- they assigned the job

24   based on the estimate.

25       Q    Okay.  So to backtrack a bit, starting off

Michael Grecco
July 01, 2021

1    there was a phone call with Fox; correct?

2         A    That's correct.

3         Q    And Fox asked you to take these pictures; is

4    that correct?

5         A    That's correct, yeah.

6         Q    And then you prepared an estimate for the photo

7    shoot; is that correct?

8         A    That is correct.

9         Q    And then that estimate was sent to Fox by you

10   or by your agent at that time?

11        A    That's correct.

12        Q    Did you send the estimate or did your agent

13   send the estimate?

14        A    She probably sent it.

15        Q    Are you certain or are you speculating?

16        A    I'm fairly certain.  I mean, that's the way

17   that we did it at the time.

18        Q    And did you review this estimate before it went

19   out?

20        A    I'm sure I did.  They got my approval, so --

21        Q    Are you certain that the estimate contained the

22   terms and conditions that you referenced?

23        A    Yes.

24        Q    So Fox received this estimate.  And then what

25   did they do?

Michael Grecco
July 01, 2021

```
 1      A      They probably signed it and sent it back to my
 2   agent.
 3      Q      Do you have any documentation of this?
 4      A      I do not.
 5      Q      So what's your basis of knowledge for your
 6   understanding that Fox sent back the estimate with the
 7   signature to your agent?
 8      A      Because no one does a 25,000 or $30,000 job
 9   without getting written approval from the client.  We
10   just didn't do it that way.
11      Q      So it was an industry practice at the time for
12   clients to sign estimates?
13      A      I would say yes, but to clarify it was our
14   practice.
15      Q      Would you have gone forward if the estimate was
16   not signed?
17      A      No.
18      Q      But you can't say for certain whether you --
19   there was a signed document?
20      A      Ms. Hamilton has closed her office, has
21   destroyed all of her paperwork, and is a social worker.
22   Like -- no, I can't.
23             I can tell you with 99 percent, 98 percent
24   certainty that I would not have done a job and hired an
25   $8,000 set builder without a signature from the client.
```

Michael Grecco
July 01, 2021

1    Do I have that paperwork, no, I don't.

2        Q    And that would be a signature on the terms and

3    conditions as well; is that correct?

4        A    Yes.  I mean, back in the day everything was

5    sent by fax.  So they would have a gotten several-page

6    estimate with the terms and conditions and would have

7    signed the front page of the estimate.  And in the front

8    page, it says Terms and conditions on the reverse apply,

9    which would have come to them as a second or third page.

10       Q    So Fox would have only signed the first page of

11   the estimate?

12       A    That's correct.

13       Q    So estimates were sent via fax at the time?

14       A    Yes.

15       Q    And how would you confirm that multiple pages

16   of a fax were received?

17       A    I believe fax machines would tell you all five

18   pages sent okay.

19       Q    Do you recall whether checking at the time that

20   the fax was sent and received?

21       A    I didn't send it.

22       Q    Your agent sent it?

23       A    That is correct.

24       Q    So would your agent have received the fax back

25   from Fox?

Michael Grecco
July 01, 2021

1          A     Yes.

2          Q     But she doesn't have those documents anymore?

3          A     She has been out of business for 15 years, 10

4     years at least.

5          Q     So after the estimate, you prepared an invoice?

6          A     Yes.

7          Q     Was the invoice before the shoot or after the

8     shoot?

9          A     After the shoot.

10         Q     And how did you provide the invoice to Fox?

11         A     I don't know if it was just faxed or it was --

12    or it was faxed and mailed also.  It was -- a copy was

13    probably mailed with backup, with copies of the

14    receipts.

15         Q     Was that your typical practice at the time?

16         A     Yes.

17         Q     Would Fox sign the invoice?

18         A     No.  They usually just paid it.

19         Q     And the terms and conditions would be on the

20    reverse of the invoice as well?

21         A     Correct.

22         Q     Did you send the invoice via fax and mail or

23    did your agent?

24         A     Asked and answered, Counsel.

25         Q     Do you know how Fox ended up using the images

Michael Grecco
July 01, 2021

1    from the shoot?

2       A     For advertising and publicity.

3       Q     Do you recall specific instances of how they

4    used your images?

5       A     Billboards, magazine ads, distribution to

6    magazines.

7       Q     Do you know whether Fox distributed the images

8    to anyone else?

9       A     To my knowledge they did not.  I mean, they

10   distribute it to the magazine writing an article or the

11   magazine or the billboard company that would need to put

12   up the billboard.

13      Q     Do you know how the images would have been

14   distributed at the time?

15      A     Fox would have made copies of them and given

16   the copies out.

17      Q     When you say "given the copies out," what do

18   you mean?

19      A     They would have made duplicate slides or

20   prints, and they would have mailed those slides or

21   prints to the end user.

22      Q     When you say "slides," what are you referring

23   to?

24      A     A transparency.

25      Q     So it's possible to make copies of a

Michael Grecco
July 01, 2021

1    transparency?

2         A     Yes.

3         Q     Do you know whether Fox would have made copies

4    of the transparencies or prints?

5         A     Both.

6         Q     Do you know whether anything would have

7    accompanied the transparencies or the prints?

8         A     Don't know how.  I mean, I don't think it's the

9    same in each case.

10        Q     Did you ever see a package of how it was

11   distributed by Fox?

12        A     Yes.

13        Q     Can you describe that package?

14        A     It was a black folder, had the name of the show

15   on it, had a press release on it, had some

16   black-and-white prints and some color duplicates,

17   duplicate slides.

18        Q     Was there any information on the prints or on

19   the press release regarding the images?

20        A     Not on the press release.  The prints had a

21   credit on them.

22        Q     What credit did the prints contain?

23        A     I believe it said Copyright: Michael

24   Grecco/20th Century Fox.

25              I forget the corporate part of the credit.

Michael Grecco
July 01, 2021

1   and that they had publicity and advertising rights only.

2       Q    Did you ever obtain any releases such as model

3   releases for the shoot?

4       A    No.

5       Q    Would that have been necessary for your uses of

6   the photos?

7       A    No.

8       Q    So how could you use the photos after the

9   shoot?  What was your understanding?

10      A    They could only be used for editorial purposes.

11  I could only use them for editorial purposes.

12      Q    So for editorial purposes you wouldn't need the

13  releases; is that correct?

14      A    That is correct.

15      Q    So can you walk me through the slide here and

16  explain what the writing means?

17      A    Sure.

18      Q    Let's start at the top where it says The

19  X-Files.

20      A    Right.  Do you need me to explain that to you?

21      Q    Is that the name of the show for the shoot?

22      A    Yes.

23      Q    And when it says Left to right David Duchovny

24  and Gillian Anderson, are those the persons depicted in

25  the shoot?

Michael Grecco
July 01, 2021

```
 1      A    That's correct.

 2      Q    And at the bottom it says PC: Michael

 3  Grecco/Fox?

 4      A    That's correct.

 5      Q    What does "PC" mean?

 6      A    I believe it would mean photo credit.

 7      Q    Do you see any copyright notice on this slide.

 8      A    Nope.

 9      Q    Would it have been on the original slide?

10      A    No.  The original slides didn't have paper

11  frames around them to print on.

12      Q    Only the dupes had the paper frames?

13      A    That's correct.

14      Q    So this information would have only been

15  printed on the duplicates?

16      A    No.

17      Q    What do you mean?

18      A    Well, you made a statement that wasn't true,

19  and I said no.

20      Q    Can you explain why my statement is not true?

21      A    Because they didn't only distribute

22  35-millimeter slides; they also made prints.

23      Q    So would this information have been printed on

24  the prints as well?

25      A    Yes.  There's more room on the prints, and I
```

Michael Grecco
July 01, 2021

1          Many people have -- it's been used in the wrong

2    way to a certain extent before.

3        Q    So for this second photo we see here on screen,

4    was this taken during the same shoot as the first photo?

5        A    Yes, the 1993 photo shoot.

6        Q    So for this photo, the testimony you gave

7    earlier regarding the call and the estimate and the

8    invoice, that would all be the same for this photo as

9    well; is that correct?

10       A    That is correct.

11       Q    Scrolling down to the third photo attached to

12   the complaint.

13          Is this the same photo that you would have

14   taken during the shoot that we just discussed for the

15   previous two photos?

16       A    Yep.

17       Q    So your testimony regarding the call with Fox

18   and the estimate and the invoice would all be the same

19   for this photo as well?

20       A    Yep.

21       Q    Was this photo taken during a different shoot?

22       A    Yes.

23       Q    So what is this photo?

24       A    It was for the television show Xena.

25       Q    Do you recall when you took this photo?

Michael Grecco
July 01, 2021

1      A      1996.

2      Q      Do you recall how you came to take this photo?

3      A      I was assigned by the network at the time.

4      Q      And what was the network at the time?

5      A      MCA Television.

6      Q      So did MCA reach out to you to assign the photo

7    shoot?

8      A      They either reached out to me or my agent.

9      Q      Do you recall how they reached out to you?

10     A      I -- it was pretty much always by telephone

11   because there was no e-mail then.

12     Q      Do you recall whether you spoke with anyone at

13   MCA?

14     A      Yeah.

15     Q      Was it during one telephone call or multiple

16   calls?

17     A      This was a huge production shoot with lots of

18   travel.  There were -- I know there were multiple phone

19   calls.

20     Q      Generally what did you discuss during these

21   phone calls?

22     A      The logistics, the travel logistics, the

23   production logistics, who was going to supply hair and

24   makeup, who was going to supply wardrobe, what we would

25   need, how many shots they needed.  All the details of

Michael Grecco
July 01, 2021

1    the shoot.  What was going to be accomplished, how

2    much -- how much time we had with talent, you know, what

3    the schedule was like, when I was coming in, you know,

4    when I would be available to do a tech scout on the set.

5    All of it, every detail was discussed.

6        Q    By "every detail," do you mean the terms of the

7    project?

8        A    That would have been discussed by -- with

9    Maggie Hamilton.

10       Q    So Maggie was your agent at the time?

11       A    That's correct.

12       Q    So Ms. Hamilton negotiated the terms for this

13   project as well?

14       A    That's correct.

15       Q    Do you know how she handled that negotiation,

16   if it was over phone call or in writing?

17       A    I'm sure it was over a phone call.

18       Q    Do you know if the agreement was ever reduced

19   to writing?

20       A    It was an estimate that was approved and

21   signed, same as the other -- same as the other

22   conversation.  It was an estimate that was approved and

23   signed.

24       Q    So just to walk through the steps again, did

25   you prepare the estimate?

Michael Grecco
July 01, 2021

1     A    I was privy to the numbers and what the costs

2  were.  Maggie Hamilton prepared the estimate, though.

3     Q    And did Ms. Hamilton provide the estimate to

4  MCA?

5     A    Yes.

6     Q    Do you know if she provided the estimate via

7  fax?

8     A    Yes.  I mean, I can only assume that.  We are

9  in the middle of producing and negotiating a job on a

10  schedule.  I can't imagine that she mailed it.

11     Q    And do you know whether that estimate was

12  received by MCA?

13     A    Yes.

14     Q    How do you know that?

15     A    Because it was -- again, we wouldn't go out and

16  do a job like this without a signed estimate when

17  there's airplane tickets and travel costs and -- so to

18  my recollection at the time it was received and signed.

19     Q    Do you recall seeing the signed estimate?

20     A    No.  I just know that I was told it was signed

21  and the job -- any job wasn't a go until there was a

22  signed estimate, because no one is going to put out

23  money and book airline tickets and assistants and crew

24  without having a signed agreement.

25     Q    So your agent relayed to you that the estimate

Michael Grecco
July 01, 2021

1      A      Correct.

2      Q      Do you recall when that license was entered

3   into?

4      A      Probably within a year, a year or so after the

5   photo shoot.

6      Q      Would that have been a separate writing?

7      A      Don't remember how it was handled.  I remember

8   being called by my client and being asked for permission

9   for it, so --

10     Q      So regarding the estimate, would that also be

11  in Ms. Hamilton's possession?

12     A      Yeah.  I mean, I've been told -- again, I've

13  been told that she has no documents from when she was an

14  agent.

15     Q      Did she tell you that or did someone else tell

16  you that?

17     A      She has told me that.

18     Q      So for this project what original documentation

19  do you have?

20     A      Whatever we have we've given you.  I believe we

21  have our copy of the invoice, and we don't have the copy

22  of the invoice that actually went to the client.

23     Q      So when you say your copy, are you referring to

24  the invoice that you prepared and sent to Ms. Hamilton?

25     A      That's correct.

Michael Grecco
July 01, 2021

1    Q    And then she would then prepare a separate

2    invoice to send to the client?

3    A    That's correct.

4    Q    And only she retained the copy of this invoice;

5    is that correct?

6    A    I might have gotten a copy of it when I got my

7    statement, but maybe not.  I don't remember if she

8    included copies of the invoices or it was just a line

9    item statement of your assignments and syndication for

10   that month.

11   Q    Do you recall if you obtained any releases such

12   as model releases for this shoot?

13   A    There are no releases for this shoot.

14   Q    So you said any documentation you had regarding

15   this shoot that you've already produced to us; is that

16   correct?

17   A    That is correct.

18   Q    Did you search for any additional

19   documentation, things that Ms. Hamilton may have

20   provided to you?

21   A    Yes.

22   Q    And you didn't find any such documentation?

23   A    Asked and answered, Counselor.  My answer is

24   not going to change because you ask it a different way.

25   Q    Do you recall if you had slides for this photo

Michael Grecco
July 01, 2021

```
 1   shoot?

 2        A     Yes.

 3        Q     Do you currently have the original slides?

 4        A     Some.

 5        Q     Did you provide the original -- any of the

 6   original slides to MCA?

 7        A     Yes.

 8        Q     Do you know whether MCA would have made any

 9   duplicates of the slides like Fox did?

10        A     Yes.

11        Q     Do you know how MCA distributed any of the

12   images?

13        A     I don't understand what you mean by

14   "distribute."

15        Q     Do you know how MCA used any of the images?

16        A     For advertising and publicity.

17        Q     Do you know now MCA would have given out the

18   images for advertising and publicity?

19        A     More than likely as a duplicate so that they

20   had the original.

21        Q     Have you ever seen a package of how MCA gave

22   out the duplicate?

23        A     I don't know on this -- on Xena, if we have a

24   copy of a press kit or slides.  I would have to check

25   the file.  But, again, anything we have we've given.  So
```

Michael Grecco
July 01, 2021

1   these files.  Pursuant to this case, Ms. Parker gathered

2   the documents.  And I'm not aware of it, but, as I said

3   before, I have a note to check the Xena file again to

4   see if there's press images or anything with writing on

5   them.

6           MS. GATES:  Okay.  Let's take a look at another

7   document that we'll mark as Defendant's Exhibit 3.

8           (Exhibit 3 identified)

9   BY MS. GATES:

10      Q    This bears Bates stamp PL 125 and 126.

11           Do you recognize this document?

12      A    Yes.

13      Q    What is it?

14      A    It's my invoice to Keswick Hamilton-Sygma for

15   that X-Files shoot.

16      Q    And who is Erin O'Donnell?

17      A    As it says on the invoice, an account

18   executive.

19      Q    And what is Keswick Hamilton-Sygma?

20      A    That was Maggie Hamilton's agency.

21      Q    So at the time this was the agency who was

22   representing you?

23      A    That's correct.

24      Q    Is there any reason why this is directed to

25   Ms. O'Donnell and not Ms. Hamilton?

Michael Grecco
July 01, 2021

```
 1      A     Because she handled the production of the job.
 2   She helped make the arrangements.  She helped --
 3   normally -- or often in an agency there's an in-house
 4   producer.
 5      Q     So this is the invoice that you provided to
 6   Ms. O'Donnell who would then prepare a separate invoice
 7   for the client; is that correct?
 8      A     That is correct.
 9      Q     So looking at the use here on screen, it says
10   FBC.  Do you know what that stands for?
11      A     That was the production company.
12      Q     Is that an acronym that you could spell out for
13   us?
14      A     Yes.
15      Q     What is FBC?
16      A     Fox Broadcasting Company.
17      Q     And it also states:  All rights for publicity
18   and advertising only.
19      A     Yes.
20      Q     What do you understand that to mean?
21      A     That their rights were limited to advertising
22   and publicity only.
23      Q     This also states that MGPI retains the
24   copyright to all photographs and the right to use any
25   photographs for personal portfolio promotional use.
```

Michael Grecco
July 01, 2021

```
 1            What does "personal portfolio promotional use"

 2   mean to you?

 3        A    Just what it says, and I -- okay.

 4        Q    Can you give me an example of what a personal

 5   portfolio and -- or promotional use would be?

 6        A    Personal portfolio and portfolio use.

 7        Q    What's a personal portfolio?

 8        A    My -- the distribution and copying of their

 9   work in my portfolios.  And my promotional use to

10   distribute it, you know, all of it.

11        Q    Distribute it to who?

12        A    Distribute it as promotional pieces, to

13   distribute it as -- you know, in this case it was also

14   syndication.  This isn't what went to the client,

15   though.  This isn't what Maggie Hamilton negotiated.

16            So this is what went to Maggie Hamilton, just

17   want to be clear here.  This isn't the deal that Maggie

18   Hamilton made with the client.  She has different terms

19   and conditions and usage in her invoice because she was

20   privy to the specifics negotiated.

21        Q    So are you aware of how the terms may have

22   differed for what she sent to the client?

23        A    Yep.

24        Q    How did the terms differ from this invoice?

25        A    I think her terms were just very, very simple.
```

Michael Grecco
July 01, 2021

```
 1   document that we'll mark as Defendant's Exhibit 7.

 2            (Exhibit 7 identified)

 3   BY MS. GATES:

 4       Q    This bears Bates number PL 121 through 123.

 5            Do you recognize this document?

 6       A    Yes.

 7       Q    What is it?

 8       A    It's the invoice sent to Maggie Hamilton for

 9   the Xena and Hercules shoot.

10       Q    Is this an invoice that you prepared?

11       A    Yes.

12       Q    Ms. Hamilton was acting as your agent at the

13   time?

14       A    That's correct.

15       Q    Do you know who Erik Thompson is?

16       A    Yes.

17       Q    Who is he?

18       A    He was my client.

19       Q    Do you know what his role was at MCA?

20       A    He was my client.  He was either director of

21   photography or in publicity or promotions or some

22   department that would have, you know, some sort of

23   control over, you know, say in doing their photo shoots.

24       Q    And in the Use line, it says Unlimited usage

25   rights.  Do you know or understand what that means?
```

Michael Grecco
July 01, 2021

1     A     Yes.

2     Q     What does unlimited usage rights mean to you?

3     A     Means that the client gets to use it in the

4  manner that the client needs to use it.  But, again,

5  this isn't what was sent to the client.  This is what I

6  sent to Maggie and she sent an invoice with whatever she

7  had negotiated with them.

8     Q     Do you know if her invoice included unlimited

9  usage rights?

10    A     I think her invoice probably said something as

11 simple as advertising and publicity use.

12    Q     Do you recall if her invoice included any

13 additional language?

14    A     It wasn't her style.  It's like all I know is

15 that when they wanted to use images outside of publicity

16 and advertising use, they -- Erik always came back to me

17 and got permission.

18    Q     Do you recall if Mr. Thompson asked for any

19 additional license agreements regarding these images?

20    A     Yes.

21    Q     Do you recall what the uses were for?

22    A     Yes.

23    Q     Can you describe the uses?

24    A     Yes.  He -- as I said earlier in my testimony,

25 he asked for use of a Xena picture at the Universal

Michael Grecco
July 01, 2021

1   BY MS. GATES:

2       Q     This document bears Bates number PL 40.

3             Do you recognize this?

4       A     Yes.  Can you scroll down, please?

5             Yes.

6       Q     What is it?

7       A     It's a black-and-white publicity picture.

8       Q     What is a publicity picture?

9       A     It's a picture sent out for publicity.

10      Q     Who would send out a publicity picture?

11      A     Whoever is trying to get publicity.

12      Q     Do you know if anyone sent out this particular

13  publicity picture?

14      A     You're showing it to me with -- as a publicity

15  picture that Fox had sent out, so, yes.

16      Q     So you're aware that Fox had sent out this

17  publicity picture?

18      A     Yes.

19      Q     Do you know who Fox sent it out to?

20      A     Magazines and newspapers doing a story on the

21  show.

22      Q     Are you aware of the extent or the scope of how

23  Fox sent this publicity picture out?

24      A     No.

25      Q     Do you know --

Michael Grecco
July 01, 2021

1        A     Let me back up.

2              To a certain degree, yes.  I mean, how many

3   they sent out, I don't know.  But to whom they went out

4   to, magazines and newspapers.

5        Q     Do you know if Fox sent this publicity picture

6   out to any press agents?

7        A     What's a "press agent," Counselor?

8        Q     Someone who engages in distributing to the

9   press.

10       A     Not to my knowledge.  Fox has its own

11  syndication department and has approval of every story

12  that they do on The X-Files.  Otherwise, you wouldn't

13  get the pictures.  If you were writing that, you know,

14  Dana Scully was, you know, was a serial killer, you

15  would not have permission to get that picture.  And Fox

16  controls the publicity of their show.  It's their

17  property.

18             So to my -- what was told to me in my

19  knowledge, they don't give it to press agents.

20       Q     When you say "what was told to me," what are

21  you referring to?

22       A     What was told to me.

23       Q     Who did you speak with?

24       A     Kevin Fitzgerald, the director of photography.

25       Q     He is a director of photography for Fox or for

Michael Grecco
July 01, 2021

1   fine.

2       Q    Should I zoom in more or?

3       A    Yeah, go ahead.

4            Okay.

5       Q    So this publicity picture lists the copyright

6   as 1995 20th Century Fox; is that correct?

7       A    Yes.

8       Q    Do you know why it lists the copyright as such?

9       A    They didn't ask me for approval of their text

10  before it went out.  I mean, is it legally correct?

11  I'll leave that to the attorney.  But I'm -- I'm

12  assuming that that notice is there to protect the rights

13  of their show and the rights of these images.

14      Q    Do you recall the first time you've saw a

15  publicity picture, either this one or another one for

16  The X-Files?

17      A    Yeah.  It was probably back in the '90s.

18  Probably got a copy of them.

19      Q    Did you raise this issue with Fox regarding the

20  copyright on this publicity picture?

21      A    No.

22      Q    Why not?

23      A    Well, I mean, it's their show.  I'm not going

24  to get into a legal argument with them whether they are

25  asserting the copyrights of their show or the individual

Michael Grecco
July 01, 2021

1    Q    What did you understand her statement "Age USA

2    never licensed any of the images you listed in your

3    claim to end users in the US" to mean?

4    A    I take it for what the -- what the words mean.

5    I don't understand.  That doesn't mean I believe them

6    either.  I don't take things on face value, Counselor.

7    I just don't.

8    Q    And regarding Ms. Muniz's e-mail from

9    September 21st, 2020, in which she says that she wishes

10   to reiterate that the website www.agefotostock.com is

11   not owned, operated or maintained by Age USA, what did

12   you understand that statement to mean?

13   A    I'm going to say this one more time.  I am not

14   a lawyer and I'm not one to analyze jurisdiction.  What

15   I took that statement to mean is someone who did not

16   want to negotiate and settle the matter.

17        And, again, I had no evidence.  I don't know

18   the nuances of jurisdiction.  I had no evidence.  And,

19   quite frankly, I don't believe your client about

20   anything.

21        So it didn't matter.  What I took that

22   statement to mean is they don't want to settle this

23   case.  That's what I took this statement to mean.

24   That's all I took it to mean.  They don't want to settle

25   the case.

Michael Grecco
July 01, 2021

1      Q    And did you take the following statement in

2    this e-mail to mean the same thing when Ms. Muniz said,

3    None of these two separate and independent legal

4    entities have licensed the images you listed in your

5    claim?

6      A    I don't -- every infringer lies, cheats and

7    steals.  That's why they are an infringer; right?

8           I don't believe that statement at face value.

9    Maybe it's the truth; maybe it's not.  And I still have

10   the right to display of my work.

11     Q    What was your initial demand in this

12   correspondence?

13     A    I would have to look at it.  I don't recall.  I

14   don't know if we even got to that.  She didn't ask me

15   for a number.

16     Q    Would you have given out a number, or would you

17   typically wait for the other party to provide a number?

18     A     It all depends on the negotiation.  If they

19   would have asked for a demand amount, I would have given

20   them one.  I usually try not to be the first one to put

21   out a demand amount, though.

22     Q    Did you have a demand amount in mind for this

23   specific use?

24     A    At this point or back then?

25     Q    In September 2020.

Michael Grecco
July 01, 2021

1               DECLARATION UNDER PENALTY OF PERJURY

2

3        I, MICHAEL GRECCO, do hereby certify under

4   penalty of perjury that I have read the foregoing

5   transcript of my deposition taken on July 1, 2021; that

6   I have made such corrections as appear noted on the

7   Deposition Errata Page, attached hereto, signed by me;

8   that my testimony as contained herein, as corrected, is

9   true and correct.

10

11        Dated this _____ day of _____, 2021, at

12   _____, California.

13

14                        _____

                          MICHAEL GRECCO
15

16

17

18

19

20

21

22

23

24

25

Michael Grecco
July 01, 2021

1    STATE OF CALIFORNIA    )

2                           ) ss

3    COUNTY OF LOS ANGELES )

4

5                    I, Deborah L. Heskett, a Certified

6    Shorthand Reporter duly licensed and qualified in and

7    for the State of California, do hereby certify that

8    there came before me remotely on the 1st day of July

9    2021, the following named person, to-wit:  Michael

10   Grecco, who was duly sworn to testify the truth, the

11   whole truth, and nothing but the truth of knowledge

12   touching and concerning the matters in controversy in

13   this cause; and that she/he was thereupon examined under

14   oath and her/his examination reduced to typewriting

15   under my supervision; that the deposition is a true

16   record of the testimony given by the witness.

17                    I further certify that pursuant to FRCP

18   Rule 30(e)(1) that the signature of the deponent:

19                    __ was requested by the deponent or a party

20   before the completion of the deposition;

21                    __x_ was not requested by the deponent or a

22   party before the completion of the deposition.

23                    I further certify that I am neither

24   attorney or counsel for, nor related to or employed by

25   any of the parties to the action in which this

Michael Grecco
July 01, 2021

1    deposition is taken, and further that I am not a

2    relative or employee of any attorney or counsel employed

3    by the parties hereto, or financially interested in the

4    action.

5                      CERTIFIED TO BY ME on this 11th day of July

6    2021.

7

8    _____

     DEBORAH L. HESKETT
9    CSR No. 11797

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25