UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL GRECCO and MICHAEL GRECCO PRODUCTIONS, INC.,

*Plaintiffs*,

v.

AGE FOTOSTOCK AMERICA, INC.,

*Defendant.*

Case No: 21-cv-00423 (JSR)

---

## [PROPOSED] ORDER PERMITTING THE FILING OF DOCUMENTS UNDER SEAL

JED S. RAKOFF, U.S.D.J.

Pursuant to the Protective Order dated April 16, 2021 (Dkt. No. 22) and defendant Age Fotostock America, Inc. ("AF America")'s telephonic request on July 19, 2021, the Court grants AF America permission to file under seal Exhibits B and G to the Declaration of Alfonso Gutierrez, which contain non-party agreements, in connection with AF America's cross-motion for summary judgment and in opposition to Plaintiffs' motion for partial summary judgment.

AF America shall electronically file unredacted versions of Exhibits B and G in support of its cross-motion for summary judgment on August 5, 2021, and will provide courtesy copies to the Court per this Court's Practice Rule 14(c) no later than August 6, 2021.

AF America shall also serve unredacted versions of Exhibits B and G via email on counsel for Plaintiffs no later than 11:59 p.m. EST on August 5, 2021.

SO ORDERED:

Dated: New York, New York
August 5, 2021

_____
JED S. RAKOFF, U.S.D.J.