# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MICHAEL GRECCO; MICHAEL GRECCO PRODUCTIONS, INC., | Case No. 1:21-cv-00423 (JSR) |
| *Plaintiffs,* | Hon. Jed S. Rakoff |
| v. | **[PROPOSED] ORDER PERMITTING THE FILING OF DOCUMENTS UNDER SEAL** |
| AGE FOTOSTOCK AMERICA, INC., | |
| *Defendant.* | |

JED S. RAKOFF, U.S.D.J.

Pursuant to the Protective Order dated April 16, 2021 (Dkt. No. 22), the Court grants Plaintiffs Michael Grecco and Michael Grecco Productions, Inc. ("Plaintiffs") permission to file under seal Exhibits 2-4 to the declaration of Nathaniel Kleinman (Dkt. No. 31), which contain non-party agreements and emails marked confidential, in connection with Plaintiffs' Motion for Patrial Summary (Dkt. Nos. 27-32 & 40).

Plaintiffs have electronically filed unredacted versions of Exhibits 2-4 in support of their Partial Summary Judgment Motion (Dkt. No. 32) on July 29, 2021, and have also provided courtesy copies to the Court per the Individual Rule 14(c).

Defendant Age Fotostock America, Inc. produced Exhibits 2-4 as part of their discovery production containing Bates AFA000269-277, AFA000003-7, and AFA000067-71.

So ordered this 12th day of _____ August _____, 2021.
New York, NY

Hon. Jed S. Rakoff
United States District Judge

1