UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL GRECCO and MICHAEL GRECCO PRODUCTIONS, INC.,

    Plaintiffs,

-against-

AGE FOTOSTOCK AMERICA, INC.,

    Defendant.

21-cv-423 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.

    Now before the Court is the motion of Plaintiffs Michael Grecco and Michael Grecco Productions, Inc., for partial summary judgment and the cross-motion of Defendant Age Fotostock America, Inc., for summary judgment in full. Upon due consideration, the Court denies Plaintiffs' motion and grants Defendant's motion. The Court will issue an opinion setting forth the reasons for this ruling in due course, at which time final judgment will be entered. Meanwhile, the case is stayed in all respects.

    The Clerk of the Court is directed to close document numbers 27 and 34 on the docket of this case.

    SO ORDERED.

Dated:   New York, NY

         September 22, 2021

_____
JED S. RAKOFF, U.S.D.J.