**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MICHAEL GRECCO and MICHAEL GRECCO
PRODUCTIONS, INC.,

                         Plaintiffs,                      21 **CIVIL** 423 (JSR)

       -against-                            **JUDGMENT**

AGE FOTOSTOCK AMERICA, INC.,

                        Defendant.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated October 4, 2021, the Court denies Grecco's motion for partial summary judgment and grants AF America's cross-motion for summary judgment in its entirety, and the case is dismissed with prejudice.

**Dated:**  New York, New York
          October 5, 2021

                                                          **RUBY J. KRAJICK**
                                                     _____
                                                               **Clerk of Court**
                                            **BY:**
                                                                 **Deputy Clerk**